# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | | |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, | § | Case No. |
| | § | |
| Plaintiff, | § | **JURY TRIAL DEMANDED** |
| | § | |
| v. | § | |
| | § | |
| VERIZON COMMUNICATIONS INC. and | § | |
| CELLCO PARTNERSHIP, D/B/A | § | |
| VERIZON WIRELESS, | § | |
| | § | |
| Defendants. | § | |
| | § | |

## PLAINTIFF'S ORIGINAL COMPLAINT FOR PATENT INFRINGEMENT

Plaintiff, AGIS Software Development LLC ("AGIS Software" or "Plaintiff") files this original Complaint against Defendants Verizon Communications Inc. and Cellco Partnership, d/b/a Verizon Wireless (collectively, "Verizon" or "Defendants") for patent infringement under 35 U.S.C. § 271 and alleges as follows:

## THE PARTIES

1.      Plaintiff AGIS Software is a limited liability company organized and existing under the laws of the State of Texas and maintains its principal place of business at 100 W. Houston Street, Marshall, Texas 75670.  AGIS Software is the owner of all right, title, and interest in and to U.S. Patent Nos. 8,213,970, 9,467,838, 9,749,829, and 9,820,123 (the "Patents-in-Suit").

2.      On information and belief, Defendant Verizon Communications, Inc. ("Verizon Communications") is a corporation organized and existing under the laws of Delaware, with a principal place of business at 1095 Avenue of the Americas, New York, New York 10036.  On information and belief, Verizon Communications may be served with process through its registered agent at CT Corporation System, 350 North Street, Dallas, Texas 75201.

3.      On information and belief, Defendant Cellco Partnership, d/b/a Verizon Wireless ("Verizon Wireless") is a Delaware partnership, with its principal place of business at One Verizon Way, Basking Ridge, New Jersey 07920.  On information and believe, Verizon Wireless is a wholly-owned subsidiary of Verizon Communications.

4.      Verizon is doing business, either directly or through its agents, on an ongoing basis in this Judicial District and elsewhere in the United State, and has regular and established places of business in this Judicial District including, but not limited to: 1006 East End Boulevard N., Suite A, Marshall, Texas 75670; 1111 East Grand Avenue, Marshall, Texas 75670; 741 N Central Expressway, Plano, Texas 75075; 2330 Preston Road, Suite 500, Frisco, Texas 75034; 3220 East Hebron Parkway, Suite 114, Carrollton, Texas 75010; 5020 State Highway 121, The Colony, Texas 75056; 204 Central Expressway S, Suite 40, Allen, Texas 75013; and 500 East Loop 281, Longview, Texas 75605.

## JURISDICTION AND VENUE

5.      This is an action for patent infringement arising under the patent laws of the United States, 35 U.S.C. §§ 1, *et seq*.  This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. §§ 1331, 1338(a), and 1367.

6.      This Court has specific and personal jurisdiction over Defendants consistent with the requirements of the Due Process Clause of the United States Constitution and the Texas Long Arm Statute.  On information and belief, Defendants have sufficient minimum contacts with the forum because Defendants transact substantial business in the State of Texas and in this Judicial District.  Further, Defendants have, directly or through subsidiaries or intermediaries, committed and continue to commit acts of patent infringement in the State of Texas and in this Judicial District as alleged in this Complaint, as alleged more particularly below.

7.      Venue is proper in this Judicial District pursuant to 28 U.S.C. §§ 1391 and 1400(b) because Defendants are subject to personal jurisdiction in this Judicial District, have committed acts of patent infringement in this Judicial District, and have regular and established places of business in this Judicial District.  Defendants, through their own acts and/or through the acts of others, make, use, sell, and/or offer to sell infringing products within this Judicial District, regularly do and solicit business in this Judicial District, and have the requisite minimum contacts with the Judicial District, such that this venue is a fair and reasonable one.  Further, on information and belief, Defendants have admitted or not contested proper venue in this Judicial District in other patent infringement actions.

## PATENTS-IN-SUIT

8.      On July 3, 2012, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 8,213,970 (the "'970 Patent") entitled "Method of Utilizing Forced Alerts for Interactive Remote Communications."  On September 1, 2021, the United States Patent and Trademark Office issued an *Inter Partes* Review Certificate for the '970 Patent cancelling claims 1 and 3-9.  On December 9, 2021, the United States Patent and Trademark Office issued an *Ex Parte* Reexamination Certificate for the '970 Patent determining claims 2 and 10 (as amended) and claims 11-13 to be valid and patentable.  A true and correct copy of the '970 Patent, which includes the September 1, 2021 *Inter Partes* Review Certificate and the December 9, 2021 *Ex Parte* Reexamination Certificate, is attached hereto as **Exhibit A**.

9.      On October 11, 2016, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,467,838 (the "'838 Patent") entitled "Method to Provide Ad Hoc and Password Protected Digital and Voice Networks."  On May 27, 2021, the United States Patent and Trademark Office issued an Ex Parte Reexamination Certificate for the '838 Patent confirming

the validity and patentability of claims 1-84.  A true and correct copy of the '838 Patent, which includes the May 27, 2021 Ex Parte Reexamination Certificate, is attached hereto as **Exhibit B**.

10.    On August 29, 2017, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,749,829 (the "'829 Patent") entitled "Method to Provide Ad Hoc and Password Protected Digital and Voice Networks."  On August 16, 2021, the United States Patent and Trademark Office issued an *Ex Parte* Reexamination Certificate for the '829 Patent confirming the validity and patentability of claims 1-68.  A true and correct copy of the '829 Patent, which includes the August 16, 2021 *Ex Parte* Reexamination Certificate, is attached hereto as **Exhibit C**.

11.    On November 14, 2017, the United States Patent and Trademark Office duly and legally issued U.S. Patent No. 9,820,123 (the "'123 Patent") entitled "Method to Provide Ad Hoc and Password Protected Digital and Voice Networks."  On September 24, 2021, the United States Patent and Trademark Office issued an *Ex Parte* Reexamination Certificate for the '123 Patent confirming the validity and patentability of claims 1-48.  A true and correct copy of the '123 Patent, which includes the September 24, 2021 *Ex Parte* Reexamination Certificate, is attached hereto as **Exhibit D**.

12.    AGIS is the sole and exclusive owner of all rights, title, and interest in the Patents-in-Suit, and holds the exclusive right to take all actions necessary to enforce its rights to the Patents-in-Suit, including the filing of this patent infringement lawsuit.  AGIS also has the right to recover all damages for past, present, and future infringement of the Patents-in-Suit and to seek injunctive relief as appropriate under the law.

## FACTUAL ALLEGATIONS

13.     Malcolm K. "Cap" Beyer, Jr., a graduate of the United States Naval Academy and a former U.S. Marine, is the CEO of AGIS Software and a named inventor of the AGIS patent portfolio.  Mr. Beyer founded Advanced Ground Information Systems, Inc. ("AGIS, Inc.") shortly after the September 11, 2001 terrorist attacks because he believed that many first responder and civilian lives could have been saved through the implementation of a better communication system.  He envisioned and developed a new communication system that would use integrated software and hardware components on mobile devices to give users situational awareness superior to systems provided by conventional military and first responder radio systems.

14.     AGIS, Inc. developed prototypes that matured into its LifeRing system.  LifeRing provides first responders, law enforcement, and military personnel with what is essentially a tactical operations center built into hand-held mobile devices.   Using GPS-based location technology and existing or special-purpose cellular communication networks, LifeRing users can exchange location, heading, speed, and other information with other members of a group, view each other's locations on maps and satellite images, and rapidly communicate and coordinate their efforts.

15.     AGIS Software licenses its patent portfolio, including the '970, '838, '829, and '123 Patents, to AGIS, Inc.  AGIS, Inc. has marked its products accordingly.  AGIS Software and all previous assignees of the Patents-in-Suit have complied with the requirements of 35 U.S.C. § 287(a).

16.     Defendants manufacture, use, sell, offer for sale, and/or import into the United States products and software that infringe the Patents-in-Suit, *e.g.*, the Verizon Smart Family and Companion applications and the related services and/or servers for the applications, the Verizon

public safety and first responder solutions, such as the Verizon Frontline and Real Time Response System solutions, devices, applications and related services and/or servers, the Verizon fleet tracking, field service management, and asset tracking solutions, such as Verizon Connect, Connect Reveal, and Spotlight solutions, devices, applications and related services and/or servers (collectively, the "Accused Products").[1]  The Accused Products infringe each of the Asserted Patents.

17.    The Accused Products include functionalities that allow users to form and/or join networks or groups, share and view locations with other users, display symbols corresponding to locations (including locations of other users) on a map, and communicate with other users via text, voice, and multimedia-based communication.  Additionally, the Accused Products include functionalities to allow users to form and/or join networks or groups.  The Accused Products include the functionalities to display map information, including symbols corresponding with users, entities, and locations.  Additionally, the Accused Products include functionalities to form groups that include their own devices in order to track, remotely monitor and control, and/or communicate with other users' devices.  The Accused Products include functionalities to enable communications, such as voice calls between users.  The Accused Products practice the claims of the Asserted Patents to improve user experiences and to improve Verizon's position in the market.

---

[1] https://www.verizon.com/solutions-and-services/verizon-smart-family/

# Know where they are.

Keep tabs on your kid's phone and get alerts when they arrive at their destination.



# Easy pickups.

Kids can request a ride and share their location with their parents.



## What is Verizon Smart Family?

Verizon Smart Family is a service that gives you parental controls to help manage your kids' smartphone or Verizon Android™ tablet* use.

From a single app**, you'll be able to:

- Use content filtering
- Limit and monitor calls, texts and purchases
- Monitor web and app activity
- Supervise screen time on Android devices
- Pause the internet
- Use location tracking, pick-me-up and check-in features (Verizon Smart Family Premium)

Your Smart Family account can be used to manage all compatible devices on the same Verizon mobile account. [2]

### Locate a child

Note: You must have Verizon Smart Family Premium to use location services. You'll also need to pair your phone with the Smart Family Companion app on your child's phone for better location accuracy and to use certain location features. Additionally, Smart Family notifications must be enabled in your device settings to view any location of your child's Verizon Android tablet.

In the Verizon Smart Family app:

1. Select the child at the top of the screen. The app will begin to locate their phone automatically. A successful result will display a halo showing the general area of the child's device.



[3]

---

[2] https://www.verizon.com/solutions-and-services/verizon-smart-family/

[3] https://www.verizon.com/support/how-to-use-verizon-smart-family/



4



5

[4] https://www.verizon.com/business/solutions/public-sector/public-safety/first-responder-applications/#video-2; https://www.youtube.com/watch?v=mqkL6vCC0l8
[5] https://www.verizon.com/business/solutions/public-sector/public-safety/first-responder-applications/#video-3; https://www.youtube.com/watch?v=bvvqpe9fkzs&t=2s



6



7

---

[6] https://www.verizon.com/business/solutions/public-sector/public-safety/first-responder-applications/#video-4; https://www.youtube.com/watch?v=3T_g6qnwVlQ&t=322s

[7] https://www.verizon.com/business/solutions/public-sector/public-safety/first-responder-applications/#video-8; https://www.youtube.com/watch?v=-nWcnt9lsCM&t=181s



8

---

[8] https://www.verizon.com/business/products/internet-of-things/connected-smart-cities-communities/real-time-response-system/; https://www.youtube.com/watch?v=2_p-XWcv-7s&t=7s;
https://www.verizon.com/business/resources/solutionsbriefs/2020/unifying_data_helps_you_make_better_faster_decisions.pdf

# Advanced fleet management software solutions

Track vehicles in the field, improve fleet operations, increase worker productivity and encourage safer driving with Verizon Connect fleet management solutions. Choose from a range of customizable GPS tracking solutions that offer dashboards, reports and alerts.

- See driver and vehicle location in near real-time
- Track driver behavior like speeding, idling and harsh driving
- Reduce costs for vehicle maintenance and fuel consumption
- Improve dispatch, routing and visibility

**Learn more about GPS fleet tracking software ⟩**



9

# Why is it "near" real time tracking?

Verizon Connect provides scalable vehicle and asset tracking using GPS tracking devices that update vehicle locations in our fleet management software as often as every 30 seconds.

Each ping from the GPS tracker also includes in-depth information about the vehicle diagnostic systems or any additional sensors connected to the tracking unit.

The vehicle location updates occur often enough that fleet managers can be alerted as soon as something out of the ordinary happens, yet still see a clear breadcrumb trail of your vehicle and asset locations.



10

---

9 https://www.verizonconnect.com/

10 https://www.verizonconnect.com/features/near-real-time-gps-tracking/



11

### COUNT I
#### (Infringement of the '970 Patent)

18.    Paragraphs 1 through 17 are incorporated herein by reference as if fully set forth in their entireties.

19.    AGIS Software has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any Accused Products and/or products that embody the inventions of the '970 Patent.

20.    Defendants infringe, contribute to the infringement of, and/or induce infringement of the '970 Patent by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States products and/or methods covered by one or more claims of the '970 Patent including, but not limited to, the Accused Products.

21.    Defendants have and continue to directly infringe at least claim 10 of the '970 Patent, either literally or under the doctrine of equivalents, by making, using, selling, offering for

---

[11] https://www.verizonconnect.com/solutions/field-service-management-software/;
https://www.verizonconnect.com/solutions/field-service-management-software/real-time-eta/

sale, distributing, exporting from, and/or importing into the United States the Accused Products without authority and in violation of 35 U.S.C. § 271(a).

22.    Defendants have and continue to indirectly infringe at least claim 10 of the '970 Patent by actively, knowingly, and intentionally inducing others to directly infringe, either literally or under the doctrine of equivalents, by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States the Accused Products and by instructing users of the Accused Products to perform methods claimed in the '970 Patent.  For example, Defendants, with knowledge that the Accused Products infringe the '970 Patent at least as of the date of this Complaint, actively, knowingly, and intentionally induced, and continue to knowingly and intentionally induce direct infringement of the '970 Patent in violation of 35 U.S.C. § 271(b). Alternatively, Defendants believed there was a high probability that others would infringe the '970 Patent but remained willfully blind to the infringing nature of others' actions.

23.    For example, Defendants have indirectly infringed and continue to indirectly infringe at least claim 10 of the '970 Patent in the United States because Defendants' customers use the Accused Products, including at least the Verizon Smart Family and Companion apps installed on the Accused Devices, in accordance with Defendants' instructions and thereby directly infringe at least claim 10 of the '970 Patent in violation of 35 U.S.C. § 271.  Defendants directly and/or indirectly intentionally instruct their customers to infringe through training videos, demonstrations, brochures, installations and/or user guides, such as those located at one or more of    the    following:    https://www.verizon.com/solutions-and-services/verizon-smart-family/; https://www.verizon.com/support/how-to-use-verizon-smart-family/; https://www.verizon.com/support/verizon-smart-family-faqs/; https://www.verizon.com/support/verizon-smart-family/;

https://www.verizon.com/support/verizon-smart-family-web-app-video/;                https://reveal-help.verizonconnect.com/hc/en-us/articles/360011304580-Download-user-guides; and Verizon agents and representatives located within this Judicial District.    Defendants are thereby liable for infringement of the '970 Patent under 35 U.S.C. § 271(b).    Alternatively, Defendants believed there was a high probability that others would infringe the '970 Patent but remained willfully blind to the infringing nature of others' actions.

24.    For example, Defendants directly infringe and/or indirectly infringe by instructing their customers to infringe by performing claim 10 of the '970 Patent, including: a method of receiving, acknowledging and responding to a forced message alert from a sender PDA/cell phone to a recipient PDA/cell phone, wherein the receipt, acknowledgment, and response to said forced message alert is forced by a forced message alert software application program, said method comprising the steps of: receiving an electronically transmitted electronic message; identifying said electronic message as a forced message alert, wherein said forced message alert comprises a voice or text message and a forced message alert application software packet, which triggers the activation of the forced message alert software application program within the recipient PDA/cell phone; transmitting an automatic acknowledgment of receipt to the sender PDA/cell phone, which triggers the forced message alert software application program to take control of the recipient PDA/cell phone and show the content of the text message and a required response list on the display recipient PDA/cell phone or to repeat audibly the content of the voice message on the speakers of the recipient PDA/cell phone and show the required response list on the display recipient PDA/cell phone; and transmitting a selected required response from the response list in order to allow the message required response list to be cleared from the recipient's cell phone display, whether said selected response is a chosen option from the response list, causing the forced

message alert software to release control of the recipient PDA/cell phone and stop showing the content of the text message and a response list on the display recipient PDA/cell phone and/or stop repeating the content of the voice message on the speakers of the recipient PDA/cell phone; displaying the response received from the PDA cell phone that transmitted the response on the sender of the forced alert PDA/cell phone; and providing a list of the recipient PDA/cell phones that have automatically acknowledged receipt of a forced alert message and their response to the forced alert message; and displaying a geographical map with georeferenced entities on the display of the sender PDA/cell phone; obtaining location and status data associated with the recipient PDA/cellphone; and presenting a recipient symbol on the geographical map corresponding to a correct geographical location of the recipient PDA/cellphone based on at least the location data. For example, the Accused Products include features as shown below.

# How to Use Verizon Smart Family™

Verizon Smart Family is a service that offers location services and parental controls for all of your family members' phones. Refer to the Verizon Smart Family FAQs for more information about this service.

You can manage Verizon Smart Family through My Verizon's website or the Verizon Smart Family app.

### Sign in to an existing Verizon Smart Family account

To sign in to the Verizon Smart Family app on your phone:

1. Open the Verizon Smart Family app on your Android smartphone or iPhone.

   Note: If you don't have the app on your phone, you can download the Verizon Smart Family app in your phone's app store.

   You can also sign in and manage Verizon Smart Family through My Verizon. But you must have the Verizon Smart Family app on your phone to benefit from all the features available with the service.

2. Tap **Get started**.

3. Enter your mobile number and My Verizon password. Then tap **Sign in**.

4. If prompted, tap **Agree** to accept the Terms and Conditions.

   You've successfully signed in to Verizon Smart Family.

## Locate a child

Note: You must have Verizon Smart Family Premium to use location services. You'll also need to pair your phone with the Smart Family Companion app on your child's phone for better location accuracy and to use certain location features. Additionally, Smart Family notifications must be enabled in your device settings to view any location of your child's Verizon Android tablet.

In the Verizon Smart Family app:

1. Select the child at the top of the screen. The app will begin to locate their phone automatically. A successful result will display a halo showing the general area of the child's device.



2.    Tap the **Map** for more detail.



Your child's location details and history will appear. You can tap an individual result for more detail. [12]



2    Enter your username, which is your email address, and your password.

3    Click **LOG IN**. [13]

---

[12] https://www.verizon.com/support/how-to-use-verizon-smart-family/

[13] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010671999-Log-in-to-Reveal

## Reveal apps

- Reveal Spotlight - Monitor vehicles, assets, and driver activity on the go. (iOS) (Android)

- Reveal Manager - Run reports, create alerts, measure vehicle performance. (iOS) (Android)

- Integrated Video - Install cameras and view recordings from your fleet. (iOS) (Android)

- Reveal ELD Logbook - Drivers can log hours of service and change driving status. (iOS) (Android)

- Reveal Field Service Dispatch - Manage field workers, jobs and customer notifications. (iOS) (Android)

- Reveal Driver - Drivers can assign themselves to vehicles, accept new work and check their performance. (iOS) (Android)

- Work - Dispatch jobs directly to the devices of workers in the field. (iOS) (Android)

14

---

[14] https://reveal-help.verizonconnect.com/hc/en-us/articles/360011079099-Reveal-mobile-apps

**Topics**                        −
    Getting started              +
    Drivers                      +
    **Admin and people**          −
        Admin overview
        **Creating and editing groups**
        Creating and editing users
        Managing Roles and Permissions
        Create drivers
        Edit drivers
        Uploading Geofences
        My Benchmarks
        What is Roadside Assistance?
        Customer Privacy Requests (CCPA)
    My Account                   +
    Track and trace              +
    Reports and notifications    +
    Compliance                   +
    Vehicles and assets          +
    Video                        +
    Scheduling                   +
    Integrations                 +
    Devices and installation     +
    Spotlight Mobile App         +
    Navigation Mobile App        +
    Mobile apps                  +
    Getting Started              +
    Invoicing and Items          +

# Creating and editing groups

En Español

Groups allow you to control who can see certain vehicles, drivers, technicians, or assets. When you create a group, you can add vehicles, drivers, technicians, and assets to it. Then you can choose which users can access the group.

Groups are used to:

• Organize your fleet in categories, such as region, vehicle type, or asset type.
• Restrict users from viewing items in a group.
• Filter views in parts of Reveal such as Live Map, Reports, Replay and Scheduler.

**Note:** By default, administrators have access to all groups.

## Creating Groups



To create a group, follow these steps:

1. To open the Groups page, choose **Account Profile > Admin > Groups section > Manage Groups**.

2. On the Groups page, click **Add Group**. If you want to create a subgroup, select from the list the group you want to add the subgroup to, then click **Add Group**.

3. On the **Edit** tab, in the **Name** field, enter a name for the group.

4. In the **Group ID** field, enter an ID. You can use a Group ID number to identify a Group, in conjunction with a name. The ID must be unique.

5. To select a color for the group balloon, click the color wheel and choose a color. Balloons display vehicle information when you click a status icon on the Live Map.

15

---

<sup>15</sup> https://reveal-help.verizonconnect.com/hc/en-us/articles/360010589240-Creating-and-editing-groups

**Topics**                              −
Getting started                         +
Drivers                                 +
Admin and people                        +
My Account                              +
**Track and trace**                     −
    **Live Map**                        −
        Why vehicles show as
        'towing' when they are not
        in tow
        Set up the Live Map
        Using the Live Map
        See vehicles on Live Map
        See non-powered assets
        on Live Map
        See drivers on Live Map
        See groups on Live Map
        Fleet Status list
        Filter and sort your fleet on
        Live Map
        See your fleet status on
        Live Map
        Actions menu
        Find nearest vehicle or
        asset
        Get Directions
        Live Map troubleshooting
    Replay                              +
    Places                              +
Reports and notifications               +
Compliance                              +
Vehicles and assets                     +
Video                                   +
Scheduling                              +

# Using the Live Map

Leer en Español

## Navigating the Live Map

With a **mouse**, move the map by holding down the left mouse button and dragging.
Zoom in and out using the mouse click-wheel, or using the + and - symbols at the bottom right of the map.

With a **trackpad**, on the map use two fingers to zoom in or out, and a combination of trackpad and buttons to move the map.

Double-click on a map location to zoom in there, with a mouse or a trackpad.

Right-clicking on a vehicle opens the Vehicle Actions Menu. Right-clicking on the map opens a similar menu, but without the vehicle specific options.

## Vehicles on the map

After you select vehicles to show from the Fleet selection tab, the location of each vehicle (or driver in a vehicle) in your fleet should be visible on the map, with an icon showing the current status of each.

Hover over a vehicle from the vehicle status list and its position on the live map will be highlighted with a blue circle.



If a vehicle is out of view when you do this, an indicator will appear at the edge of the map, showing where you can navigate to on the map to see the vehicle.



If you do not see all your vehicles, check that you have selected **Entire Fleet** in the Fleet selection tab. If you still do not see all your vehicles, contact Customer Care & User Support.

16

[16] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010567759-Using-the-Live-Map

**Topics**                              −

   Getting started                      +

   Drivers                              +

   Admin and people                     +

   My Account                           +

**Track and trace**                     −

   Live Map                            −

      Why vehicles show as
      'towing' when they are not
      in tow

      Set up the Live Map

      Using the Live Map

      **See vehicles on Live Map**

      See non-powered assets
      on Live Map

      See drivers on Live Map

      See groups on Live Map

      Fleet Status list

      Filter and sort your fleet on
      Live Map

      See your fleet status on
      Live Map

      Actions menu

      Find nearest vehicle or
      asset

      Get Directions

      Live Map troubleshooting

   Replay                               +

   Places                               +

# See vehicles on Live Map

Leer en Español



When you log into Reveal for the first time, all vehicles in your fleet show on Live Map.

The Fleet selection tab shows a list of all the vehicles in your fleet and from here you can choose the vehicles you want to see on Live Map.

> When tracking units are first installed, vehicles will show as tracking unit numbers. These will change to registration numbers after 24 hours. Re-name your vehicles to make them easier to recognize, and the list will be displayed in alphabetical order.

To open the Fleet selection tab do the following:

1. To open the fleet panel, choose the ⊡ icon.

2. To open the Fleet selection tab, click the ⛕ icon or **click the Select Vehicles link.**

3. Use the checkboxes beside each vehicle name to mark which you want to see on the map. You can display your entire fleet or just a few vehicles.
   As you make your selection from the list, the map will adjust to show you the locations of those vehicles.

17

---

[17] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010455560-See-vehicles-on-Live-Map



**Topics** —

Getting started +

Drivers +

Admin and people +

My Account +

**Track and trace** —

Live Map —

Why vehicles show as 'towing' when they are not in tow

Set up the Live Map

Using the Live Map

See vehicles on Live Map

See non-powered assets on Live Map

See drivers on Live Map

See groups on Live Map

**Fleet Status list**

Filter and sort your fleet on Live Map

See your fleet status on Live Map

Actions menu

Find nearest vehicle or asset

Get Directions

Live Map troubleshooting

Replay +

Places +

Reports and notifications +

# Fleet Status list

Leer en Español



The fleet status list is found on the Fleet Status tab.

While you are using Live Map, vehicles and assets on the list briefly light up in blue. This is a real-time indication that the vehicle or asset has just communicated with Reveal, and the information shown is up to date.

The vehicle information in the list depends on the information the vehicle is sending to Reveal.

For each vehicle in the list, you see some or all of the following details:

• Vehicle name
• Driver name, if a driver is assigned to a vehicle.
• Vehicle status
• Group name, if the vehicle is assigned to a group.
• GPS signal strength

If a vehicle is an electric vehicle, you will see the EV icon next to the vehicle name. You can manage the vehicle fuel type, on the **Vehicle Information** tab of the **Edit Vehicle** page.

To access the **Vehicle actions menu**, click ⋮ (menu).

18

---

[18] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010567839-Fleet-Status-list

**Track and trace** —

  Live Map —

   Why vehicles show as
   'towing' when they are not
   in tow

   Set up the Live Map

   Using the Live Map

   See vehicles on Live Map

   See non-powered assets
   on Live Map

   See drivers on Live Map

   See groups on Live Map

   Fleet Status list

   Filter and sort your fleet on
   Live Map

   **See your fleet status on
   Live Map**

   Actions menu

   Find nearest vehicle or
   asset

   Get Directions

   Live Map troubleshooting

  Replay +

  Places +

  Reports and notifications +

  Compliance +

  Vehicles and assets +

  Video +

  Scheduling +

  Integrations +

  Devices and installation +

  Spotlight Mobile App +

  Navigation Mobile App +

  Mobile apps +

  Getting Started +

## Fleet Status tab

Vehicles and assets you have chosen to show on the Live Map are displayed as a list in the Fleet Status tab.



You see detailed information in the fleet status list.

You can filter and sort your fleet status list to suit your needs. You may prefer to see the list arranged by **Vehicle**, **Driver**, or **Group**, depending on how your fleet is organized and the type of work you do.

You can also sort the list by **Status** or **Last Update**, if you want to closely monitor the movements of your fleet.

## Balloon details

When you click the status icon of a vehicle or asset on the map, a balloon opens with additional details.



The information shown in a balloon includes:

- Vehicle name
- Driver name - if there is a driver assigned to the vehicle
- Speed of the vehicle, if it is moving
- Amount of time vehicle has been in that status
- Time of the last update, or the date, if the vehicle has been in that status for more than 24 hours
- Location of the vehicle (address)

If the vehicle is an electric vehicle, you will see the EV icon next to the vehicle name. You can change the vehicle's fuel type on the **Vehicle Information** tab of the **Edit Vehicle** page.

19

---

[19] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010567879-See-your-fleet-status-on-Live-Map

**Topics**    −

   Getting started    +

   Drivers    +

   Admin and people    +

   My Account    +

   **Track and trace**    −

     Live Map    −

       Why vehicles show as 'towing' when they are not in tow

       Set up the Live Map

       Using the Live Map

       See vehicles on Live Map

       See non-powered assets on Live Map

       See drivers on Live Map

       See groups on Live Map

       Fleet Status list

       Filter and sort your fleet on Live Map

       See your fleet status on Live Map

       Actions menu

       **Find nearest vehicle or asset**

       Get Directions

       Live Map troubleshooting

     Replay    +

     Places    +

   Reports and notifications    +

   Compliance    +

   Vehicles and assets    +

   Video    +

   Scheduling    +

# Find nearest vehicle or asset

En Español

The Find Nearest function allows you to enter an address, or the location of a vehicle or asset, and then see the 10 vehicles or assets that are closest to that point.

There are **three different ways** to access the Find Nearest function from the Live Map:

- Right-click on any location on the Live Map.
- Right-click on the status icon of any vehicle (or driver or asset) on the Live Map.
- Use the three-dot icon ⋮ found beside each vehicle or asset in the Vehicle Status list.

## Using Find Nearest

The Find Nearest function opens another map in a separate window.

You will see a list of active vehicles and assets nearest to the location that you selected on the Live Map, on the left. The list will show up to 10 of the closest vehicles or assets, that have been active in the last 24 hours.

If you do not see a full list of vehicles:

- Check the **Group: Vehicles Selected** drop-down, to make sure you have selected all the relevant groups of vehicles.
- Change your **Time Frame** - by default, only vehicles that have been updated in the last three days will be shown.

Each vehicle or asset in the list will show their distance from the point you indicated, and an estimated time for the journey between the two points.

From the list, you can get directions to a specific vehicle using the **GET DIRECTIONS** button. You will be shown the distance between the two points, and also an estimated time for the journey.

Estimated time results shown within Find Nearest are powered by Google Maps. Google uses various factors to calculate estimated time, including:

- Available data in an area
- Speed limits and recommended speeds
- Speeds derived from road types
- Historical average speed data
- Actual travel times from previous users
- Real-time traffic information

20

---

[20] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010454660-Find-nearest-vehicle-or-asset

Creating Places



To create a place from the **Places** tab, follow these steps:

1. To open the Create Place window, click **Create a New Place**.

2. In the **Address** field, type an address and press **Enter**. Select the address from the **Matching Address** list. A Place with a square perimeter is added to the map.

   You can select a different shape by clicking the shape icons at the top of the map.

   

   Use the custom shape to create a Geofence around a parking lot, or a site with an irregular boundary.

   You can adjust the size of the Place by dragging the dots on the perimeter, or move the Place by dragging from inside the perimeter.

   Alternatively, you can decide the location of a Place by clicking the map to create an outline. An address is automatically added to the Address field.

   **Note**: When you create a Geofence perimeter, avoid overlapping the perimeter with another Geofence, as this can make it difficult to identify Places on the report.

21

---

[21] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010497980-Creating-Places

## Job cards

In the Reveal Field Mobile App, job details are displayed on job cards. Each job has its own job card.

You can view job cards in **My jobs** under **TODAY**, **UPCOMING**, and **OVERDUE**, depending on their status.
From here, job cards show the following information about a job:

- Status
- Duration
- Job ID
- Type
- Contact details
- Location
- Description

Here is an example of a job card:



To get more information about a job, such as that shown on the image below, tap the job card.



22

---

[22] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010567919-View-job-details

## Team members

If there are other team members assigned to your job, view them in the **Team members** or **View all** sections. You can contact them directly via phone call or text message from here.



23

---

[23] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010567919-View-job-details



24



25

24 https://www.verizon.com/business/solutions/public-sector/public-safety/first-responder-applications/#video-2; https://www.youtube.com/watch?v=mqkL6vCC0l8
25 https://www.verizon.com/business/solutions/public-sector/public-safety/first-responder-applications/#video-3; https://www.youtube.com/watch?v=bvvqpe9fkzs&t=2s



26



27

---

26 https://www.verizon.com/business/solutions/public-sector/public-safety/first-responder-applications/#video-4; https://www.youtube.com/watch?v=3T_g6qnwVlQ&t=322s
27 https://www.verizon.com/business/solutions/public-sector/public-safety/first-responder-applications/#video-8; https://www.youtube.com/watch?v=-nWcnt9lsCM&t=181s



28

25.    AGIS Software has suffered damages as a result of Defendants' direct and indirect infringement of the '970 Patent in an amount to be proved at trial.

26.    AGIS Software has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '970 Patent for which there is no adequate remedy at law unless Defendants' infringement is enjoined by this Court.

27.    Defendants have committed and continue to commit acts of infringement that Defendants actually knew or should have known constituted an unjustifiably high risk of infringement of at least one valid and enforceable claim of the '970 Patent.    Defendants'

---

[28] https://www.verizon.com/business/products/internet-of-things/connected-smart-cities-communities/real-time-response-system/; https://www.youtube.com/watch?v=2_p-XWcv-7s&t=7s; https://www.verizon.com/business/resources/solutionsbriefs/2020/unifying_data_helps_you_make_better_faster_decisions.pdf

infringement of the '970 Patent has been and continues to be willful, entitling AGIS Software to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

**COUNT II**
**(Infringement of the '838 Patent)**

28.     Paragraphs 1 through 17 are incorporated herein by reference as if fully set forth in their entireties.

29.     AGIS Software has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any Accused Products and/or products that embody the inventions of the '838 Patent.

30.     Defendants infringe, contribute to the infringement of, and/or induce infringement of the '838 Patent by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States products and/or methods covered by one or more claims of the '838 Patent including, but not limited to, the Accused Products.

31.     Defendants have and continue to directly infringe at least claim 54 of the '838 Patent, either literally or under the doctrine of equivalents, by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States the Accused Products without authority and in violation of 35 U.S.C. § 271(a).

32.     Defendants have and continue to indirectly infringe at least claim 54 of the '838 Patent by actively, knowingly, and intentionally inducing others to directly infringe, either literally or under the doctrine of equivalents, by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States the Accused Products and by instructing users of the Accused Products to perform methods claimed in the '838 Patent.  For example, Defendants, with knowledge that the Accused Products infringe the '838 Patent at least as of the date of this Complaint, actively, knowingly, and intentionally induced, and continue to actively,

knowingly, and intentionally induce direct infringement of the '838 Patent.  Alternatively, Defendants believed there was a high probability that others would infringe the '838 Patent but remained willfully blind to the infringing nature of others' actions.

33.    For example, Defendants have indirectly infringed and continue to indirectly infringe at least claim 54 of the '838 Patent in the United States because Defendants' customers use the Accused Products, including at least the Verizon Smart Family and Companion applications and/or services, alone or in conjunction with additional Accused Products, in accordance with Defendants' instructions and thereby directly infringe at least one claim of the '838 Patent in violation of 35 U.S.C. § 271.  Defendants directly and/or indirectly intentionally instruct their customers to infringe through training videos, demonstrations, brochures, installations and/or user guides, such as those located at one or more of the following: https://www.verizon.com/solutions-and-services/verizon-smart-family/; https://www.verizon.com/support/how-to-use-verizon-smart-family/; https://www.verizon.com/support/verizon-smart-family-faqs/; https://www.verizon.com/support/verizon-smart-family-web-app-video/;                https://reveal-help.verizonconnect.com/hc/en-us/articles/360011304580-Download-user-guides;  and  Verizon agents and representatives located within this Judicial District.  Defendants are thereby liable for infringement of the '838 Patent under 35 U.S.C. § 271(b).  Alternatively, Defendants believed there was a high probability that others would infringe the '838 Patent but remained willfully blind to the infringing nature of others' actions.

34.    For example, Defendants directly infringe and/or indirectly infringe by instructing their customers to infringe by a system comprising: a first device programmed to perform operations comprising: joining a communication network corresponding to a group, wherein

joining the communication network comprises transmitting a message including an identifier corresponding to the group; participating in the group, wherein participating in the group includes sending first location information to a first server and receiving second location information from the first server, the first location information comprising a location of the first device, the second location information comprising one or more locations of one or more respective second devices included in the group; presenting, via an interactive display of the first device, a first interactive, georeferenced map and a first set of one or more user-selectable symbols corresponding to a first set of one or more of the second devices, wherein the first set of symbols are positioned on the first georeferenced map at respective positions corresponding to the locations of the first set of second devices, and wherein first georeferenced map data relate positions on the first georeferenced map to spatial coordinates; sending, to a second server, a request for second georeferenced map data different from the first georeferenced map data; receiving, from the second server, the second georeferenced map data; presenting, via the interactive display of the first device, a second georeferenced map and a second set of one or more user-selectable symbols corresponding to a second set of one or more of the second devices, wherein the second set of symbols are positioned on the second georeferenced map at respective positions corresponding to the locations of the second set of second devices, and wherein the second georeferenced map data relate positions on the second georeferenced map to spatial coordinates; and identifying user interaction with the interactive display selecting one or more of the second set of user-selectable symbols corresponding to one or more of the second devices and positioned on the second georeferenced map and user interaction with the display specifying an action and, based thereon,

sending third data to the selected one or more second devices via the first server.  For example, the

Accused Products include features as shown below.

# How to Use Verizon Smart Family™

Verizon Smart Family is a service that offers location services and parental controls for all of your family members' phones. Refer to the Verizon Smart Family FAQs for more information about this service.

You can manage Verizon Smart Family through My Verizon's website or the Verizon Smart Family app.

### Sign in to an existing Verizon Smart Family account

To sign in to the Verizon Smart Family app on your phone:

1.  Open the Verizon Smart Family app on your Android smartphone or iPhone.

    Note: If you don't have the app on your phone, you can download the Verizon Smart Family app in your phone's app store.

    You can also sign in and manage Verizon Smart Family through My Verizon. But you must have the Verizon Smart Family app on your phone to benefit from all the features available with the service.

2.  Tap **Get started**.

3.  Enter your mobile number and My Verizon password. Then tap **Sign in**.

4.  If prompted, tap **Agree** to accept the Terms and Conditions.

You've successfully signed in to Verizon Smart Family.

## Locate a child

Note: You must have Verizon Smart Family Premium to use location services. You'll also need to pair your phone with the Smart Family Companion app on your child's phone for better location accuracy and to use certain location features. Additionally, Smart Family notifications must be enabled in your device settings to view any location of your child's Verizon Android tablet.

In the Verizon Smart Family app:

1.  Select the child at the top of the screen. The app will begin to locate their phone automatically. A successful result will display a halo showing the general area of the child's device.



2.  Tap the **Map** for more detail.



Your child's location details and history will appear. You can tap an individual result for more detail. [29]

---

[29] https://www.verizon.com/support/how-to-use-verizon-smart-family/



**2**  Enter your username, which is your email address, and your password.

**3**  Click **LOG IN**.

30

---

30 https://reveal-help.verizonconnect.com/hc/en-us/articles/360010671999-Log-in-to-Reveal

## Reveal apps

- Reveal Spotlight - Monitor vehicles, assets, and driver activity on the go. (iOS) (Android)

- Reveal Manager - Run reports, create alerts, measure vehicle performance. (iOS) (Android)

- Integrated Video - Install cameras and view recordings from your fleet. (iOS) (Android)

- Reveal ELD Logbook - Drivers can log hours of service and change driving status. (iOS) (Android)

- Reveal Field Service Dispatch - Manage field workers, jobs and customer notifications. (iOS) (Android)

- Reveal Driver - Drivers can assign themselves to vehicles, accept new work and check their performance. (iOS) (Android)

- Work - Dispatch jobs directly to the devices of workers in the field. (iOS) (Android)

31

---

[31] https://reveal-help.verizonconnect.com/hc/en-us/articles/360011079099-Reveal-mobile-apps

Topics                                        −
  Getting started                             +
  Drivers                                     +
  Admin and people                            −
    Admin overview
    Creating and editing
    groups
    Creating and editing users
    Managing Roles and
    Permissions
    Create drivers
    Edit drivers
    Uploading Geofences
    My Benchmarks
    What is Roadside
    Assistance?
    Customer Privacy Requests
    (CCPA)
  My Account                                  +
  Track and trace                             +
  Reports and notifications                   +
  Compliance                                  +
  Vehicles and assets                         +
  Video                                       +
  Scheduling                                  +
  Integrations                                +
  Devices and installation                    +
  Spotlight Mobile App                        +
  Navigation Mobile App                       +
  Mobile apps                                 +
  Getting Started                             +
  Invoicing and Items                         +

# Creating and editing groups

En Español

Groups allow you to control who can see certain vehicles, drivers, technicians, or assets. When you create a group, you can add vehicles, drivers, technicians, and assets to it. Then you can choose which users can access the group.

Groups are used to:

- Organize your fleet into categories, such as region, vehicle type, or asset type.
- Restrict users from viewing items in a group.
- Filter views in parts of Reveal such as Live Map, Reports, Replay and Scheduler.

**Note:** By default, administrators have access to all groups.

## Creating Groups



To create a group, follow these steps:

1. To open the Groups page, choose **Account Profile > Admin > Groups section > Manage Groups**.

2. On the Groups page, click **Add Group**. If you want to create a subgroup, select from the list the group you want to add the subgroup to, then click **Add Group**.

3. On the **Edit** tab, in the **Name** field, enter a name for the group.

4. In the **Group ID** field, enter an ID. You can use a Group ID number to identify a Group, in conjunction with a name. The ID must be unique.

5. To select a color for the group balloon, click the color wheel and choose a color. Balloons display vehicle information when you click a status icon on the Live Map.

32

---

**Topics** −

Getting started +

Drivers +

Admin and people +

My Account +

**Track and trace** −

Live Map −

Why vehicles show as 'towing' when they are not in tow

Set up the Live Map

Using the Live Map

See vehicles on Live Map

See non-powered assets on Live Map

See drivers on Live Map

See groups on Live Map

Fleet Status list

Filter and sort your fleet on Live Map

See your fleet status on Live Map

Actions menu

Find nearest vehicle or asset

Get Directions

Live Map troubleshooting

Replay +

Places +

Reports and notifications +

Compliance +

Vehicles and assets +

Video +

Scheduling +

# Using the Live Map

Leer en Español

### Navigating the Live Map

With a **mouse**, move the map by holding down the left mouse button and dragging.
Zoom in and out using the mouse click-wheel, or using the + and - symbols at the bottom right of the map.

With a **trackpad**, on the map use two fingers to zoom in or out, and a combination of trackpad and buttons to move the map.

Double-click on a map location to zoom in there, with a mouse or a trackpad.

Right-clicking on a vehicle opens the Vehicle Actions Menu. Right-clicking on the map opens a similar menu, but without the vehicle specific options.

### Vehicles on the map

After you select vehicles to show from the Fleet selection tab, the location of each vehicle (or driver in a vehicle) in your fleet should be visible on the map, with an icon showing the current status of each.

Hover over a vehicle from the vehicle status list and its position on the live map will be highlighted with a blue circle.



If a vehicle is out of view when you do this, an indicator will appear at the edge of the map, showing where you can navigate to on the map to see the vehicle.



If you do not see all your vehicles, check that you have selected **Entire Fleet** in the Fleet selection tab. If you still do not see all your vehicles, contact Customer Care & User Support.

33

---

[33] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010567759-Using-the-Live-Map

**Topics** —

Getting started +

Drivers +

Admin and people +

My Account +

Track and trace —

Live Map —

Why vehicles show as 'towing' when they are not in tow

Set up the Live Map

Using the Live Map

See vehicles on Live Map

See non-powered assets on Live Map

See drivers on Live Map

See groups on Live Map

Fleet Status list

Filter and sort your fleet on Live Map

See your fleet status on Live Map

Actions menu

Find nearest vehicle or asset

Get Directions

Live Map troubleshooting

Replay +

Places +

# See vehicles on Live Map

Leer en Español



When you log into Reveal for the first time, all vehicles in your fleet show on Live Map.

The Fleet selection tab shows a list of all the vehicles in your fleet and from here you can choose the vehicles you want to see on Live Map.

When tracking units are first installed, vehicles will show as tracking unit numbers. These will change to registration numbers after 24 hours. Re-name your vehicles to make them easier to recognize, and the list will be displayed in alphabetical order.

To open the Fleet selection tab do the following:

1  To open the fleet panel, choose the 🖥 icon.

2  To open the Fleet selection tab, click the ⛓ icon or **click the Select Vehicles** link.

3  Use the checkboxes beside each vehicle name to mark which you want to see on the map. You can display your entire fleet or just a few vehicles.
As you make your selection from the list, the map will adjust to show you the locations of those vehicles.

34

---

[34] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010455560-See-vehicles-on-Live-Map

**Topics** —

  Getting started +

  Drivers +

  Admin and people +

  My Account +

  **Track and trace** —

    Live Map —

      Why vehicles show as 'towing' when they are not in tow

      Set up the Live Map

      Using the Live Map

      See vehicles on Live Map

      See non-powered assets on Live Map

      See drivers on Live Map

      See groups on Live Map

      **Fleet Status list**

      Filter and sort your fleet on Live Map

      See your fleet status on Live Map

      Actions menu

      Find nearest vehicle or asset

      Get Directions

      Live Map troubleshooting

    Replay +

    Places +

  Reports and notifications +

# Fleet Status list

Leer en Español



The fleet status list is found on the Fleet Status tab. 

While you are using Live Map, vehicles and assets on the list briefly light up in blue. This is a real-time indication that the vehicle or asset has just communicated with Reveal, and the information shown is up to date.

The vehicle information in the list depends on the information the vehicle is sending to Reveal.

For each vehicle in the list, you see some or all of the following details:

• Vehicle name

• Driver name, if a driver is assigned to a vehicle.

• Vehicle status

• Group name, if the vehicle is assigned to a group.

• GPS signal strength

If a vehicle is an electric vehicle, you will see the 🔋EV icon next to the vehicle name. You can manage the vehicle fuel type, on the **Vehicle Information tab of the Edit Vehicle page**.

To access the **Vehicle actions menu**, click ⋮ (menu).

35



---

[35] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010567839-Fleet-Status-list

**Track and trace** —

  **Live Map** —

    Why vehicles show as 'towing' when they are not in tow

    Set up the Live Map

    Using the Live Map

    See vehicles on Live Map

    See non-powered assets on Live Map

    See drivers on Live Map

    See groups on Live Map

    Fleet Status list

    Filter and sort your fleet on Live Map

    See your fleet status on Live Map

    Actions menu

    Find nearest vehicle or asset

    Get Directions

    Live Map troubleshooting

  Replay +

  Places +

  Reports and notifications +

  Compliance +

  Vehicles and assets +

  Video +

  Scheduling +

  Integrations +

  Devices and installation +

  Spotlight Mobile App +

  Navigation Mobile App +

  Mobile apps +

  Getting Started +

### Fleet Status tab

Vehicles and assets you have chosen to show on the Live Map are displayed as a list in the Fleet Status tab.



You see detailed information in the fleet status list.

You can filter and sort your fleet status list to suit your needs. You may prefer to see the list arranged by **Vehicle**, **Driver**, or **Group**, depending on how your fleet is organized and the type of work you do.

You can also sort the list by **Status** or **Last Update**, if you want to closely monitor the movements of your fleet.

### Balloon details

When you click the status icon of a vehicle or asset on the map, a balloon opens with additional details.



The information shown in a balloon includes:

- Vehicle name
- Driver name - if there is a driver assigned to the vehicle
- Speed of the vehicle, if it is moving
- Amount of time vehicle has been in that status
- Time of the last update, or the date, if the vehicle has been in that status for more than 24 hours
- Location of the vehicle (address)

If the vehicle is an electric vehicle, you will see the EV icon next to the vehicle name. You can change the vehicle's fuel type on the **Vehicle Information** tab of the **Edit Vehicle** page.

36

**Topics**                               −

   Getting started                      +

   Drivers                              +

   Admin and people                     +

   My Account                           +

   **Track and trace**                  −

     Live Map                      −

       Why vehicles show as 'towing' when they are not in tow

       Set up the Live Map

       Using the Live Map

       See vehicles on Live Map

       See non-powered assets on Live Map

       See drivers on Live Map

       See groups on Live Map

       Fleet Status list

       Filter and sort your fleet on Live Map

       See your fleet status on Live Map

       Actions menu

       **Find nearest vehicle or asset**

       Get Directions

       Live Map troubleshooting

     Replay                         +

     Places                         +

   Reports and notifications            +

   Compliance                           +

   Vehicles and assets                  +

   Video                                +

   Scheduling                           +

# Find nearest vehicle or asset

En Español

The Find Nearest function allows you to enter an address, or the location of a vehicle or asset, and then see the 10 vehicles or assets that are closest to that point.

There are **three different ways** to access the Find Nearest function from the Live Map:

- Right-click on any location on the Live Map.
- Right-click on the status icon of any vehicle (or driver or asset) on the Live Map.
- Use the three-dot icon ⋮ found beside each vehicle or asset in the Vehicle Status list.

## Using Find Nearest

The Find Nearest function opens another map in a separate window.

You will see a list of active vehicles and assets nearest to the location that you selected on the Live Map, on the left. The list will show up to 10 of the closest vehicles or assets, that have been active in the last 24 hours.

If you do not see a full list of vehicles:

- Check the **Group: Vehicles Selected** drop-down, to make sure you have selected all the relevant groups of vehicles.
- Change your **Time Frame** - by default, only vehicles that have been updated in the last three days will be shown.

Each vehicle or asset in the list will show their distance from the point you indicated, and an estimated time for the journey between the two points.

From the list, you can get directions to a specific vehicle using the **GET DIRECTIONS** button. You will be shown the distance between the two points, and also an estimated time for the journey.

Estimated time results shown within Find Nearest are powered by Google Maps. Google uses various factors to calculate estimated time, including:

- Available data in an area
- Speed limits and recommended speeds
- Speeds derived from road types
- Historical average speed data
- Actual travel times from previous users
- Real-time traffic information

37

---

[37] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010454660-Find-nearest-vehicle-or-asset

Creating Places



To create a place from the **Places** tab, follow these steps:

1   To open the Create Place window, click **Create a New Place**.

2   In the **Address** field, type an address and press **Enter**. Select the address from the
    **Matching Address** list. A Place with a square perimeter is added to the map.
    You can select a different shape by clicking the shape icons at the top of the map.



Use the custom shape to create a Geofence around a parking lot, or a site with an irregular
boundary.
You can adjust the size of the Place by dragging the dots on the perimeter, or move the
Place by dragging from inside the perimeter.
Alternatively, you can decide the location of a Place by clicking the map to create an outline.
An address is automatically added to the Address field.
**Note**: When you create a Geofence perimeter, avoid overlapping the perimeter with another
Geofence, as this can make it difficult to identify Places on the report.

38

---

[38] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010497980-Creating-Places

## Job cards

In the Reveal Field Mobile App, job details are displayed on job cards. Each job has its own job card.

You can view job cards in **My jobs** under **TODAY**, **UPCOMING**, and **OVERDUE**, depending on their status.
From here, job cards show the following information about a job:

- Status
- Duration
- Job ID
- Type
- Contact details
- Location
- Description

Here is an example of a job card:



To get more information about a job, such as that shown on the image below, tap the job card.



---

[39] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010567919-View-job-details

## Team members

If there are other team members assigned to your job, view them in the **Team members** or **View all** sections. You can contact them directly via phone call or text message from here.



40

---

40 https://reveal-help.verizonconnect.com/hc/en-us/articles/360010567919-View-job-details



41



42



43



44

45

35.    For example, Defendants' Accused Products allow users to share their locations and view other users' location on a map and to communicate with those users via the Verizon Smart Family and Companion apps (as shown below).

---

[45] https://www.verizon.com/business/products/internet-of-things/connected-smart-cities-communities/real-time-response-system/; https://www.youtube.com/watch?v=2_p-XWcv-7s&t=7s; https://www.verizon.com/business/resources/solutionsbriefs/2020/unifying_data_helps_you_make_better_faster_decisions.pdf

## Locate a child

Note: You must have Verizon Smart Family Premium to use location services. You'll also need to pair your phone with the Smart Family Companion app on your child's phone for better location accuracy and to use certain location features. Additionally, Smart Family notifications must be enabled in your device settings to view any location of your child's Verizon Android tablet.

In the Verizon Smart Family app:

1.  Select the child at the top of the screen. The app will begin to locate their phone automatically. A successful result will display a halo showing the general area of the child's device.



2.  Tap the **Map** for more detail.



Your child's location details and history will appear. You can tap an individual result for more detail. [46]

36.    Additionally, the exemplary Accused Products allow users to establish groups and to exchange messages via interaction with Verizon's servers which provide the Verizon Smart

---

[46] https://www.verizon.com/support/how-to-use-verizon-smart-family/

Family and Companion services, among other relevant services.  The exemplary Accused Products further allow users to retrieve map information from multiple sources including street-view maps, as well as satellite renderings.

37.    The exemplary Accused Products are programmed to form and join groups by transmitting messages.

38.    The exemplary Accused Products are further programmed to facilitate participation in the groups by communicating with one or more servers and sending to and receiving location information as depicted below.

### Locate a child

Note: You must have Verizon Smart Family Premium to use location services. You'll also need to pair your phone with the Smart Family Companion app on your child's phone for better location accuracy and to use certain location features. Additionally, Smart Family notifications must be enabled in your device settings to view any location of your child's Verizon Android tablet.

In the Verizon Smart Family app:

1.    Select the child at the top of the screen. The app will begin to locate their phone automatically. A successful result will display a halo showing the general area of the child's device.



2.    Tap the **Map** for more detail.



Your child's location details and history will appear. You can tap an individual result for more detail. [47]

39.    This location information is presented on interactive displays on the exemplary Accused Products which include interactive maps and a plurality of user selectable symbols corresponding to other devices.   These symbols are positioned on the map at positions corresponding to the locations of the other devices, as depicted below.

---

[47] https://www.verizon.com/support/how-to-use-verizon-smart-family/



40.    The exemplary Accused Products are further programmed to permit users to request and display additional maps from additional servers by, for example, moving the map screen and/or by selecting satellite images or other types of maps.  The exemplary Accused Products are further programmed to permit interaction with the display where a user may select one or more symbols and where the exemplary Accused Products further permit data to be sent to other devices based on that interaction.

41.    AGIS Software has suffered damages as a result of Defendants' direct and indirect infringement of the '838 Patent in an amount to be proved at trial.

42.    AGIS Software has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '838 Patent for which there is no adequate remedy at law unless Defendants' infringement is enjoined by this Court.

---

[48] https://www.verizon.com/support/verizon-smart-family-web-app-video/

43.     Defendants have committed and continue to commit acts of infringement that Defendants actually knew or should have known constituted an unjustifiably high risk of infringement of at least one valid and enforceable claim of the '838 Patent.  Defendants' infringement of the '838 Patent has been and continues to be willful, entitling AGIS Software to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

**COUNT III**
**(Infringement of the '829 Patent)**

44.     Paragraphs 1 through 17 are incorporated herein by reference as if fully set forth in their entireties.

45.     AGIS Software has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '829 Patent.

46.     Defendants have and continue to directly infringe at least claim 34 of the '829 Patent, either literally or under the doctrine of equivalents, by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States the Accused Products without authority and in violation of 35 U.S.C. § 271(a).

47.     Defendants have and continue to indirectly infringe at least claim 34 of the '829 Patent by actively, knowingly, and intentionally inducing others to directly infringe, either literally or under the doctrine of equivalents, by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States the infringing Accused Products and by instructing users of the Accused Products to perform at least the method of claim 34 in the '829 Patent.  For example, Defendants, with knowledge that the Accused Products infringe the '829 Patent at least as of the date of this Complaint, actively, knowingly, and intentionally induced, and continue to actively, knowingly, and intentionally induce direct infringement of at least claim 34 of the '829 Patent in violation of 35 U.S.C. § 271(b).  Alternatively, Defendants believed there

56

was a high probability that others would infringe the '829 Patent but remained willfully blind to the infringing nature of others' actions.

48.    For example, Defendants have indirectly infringed and continue to indirectly infringe at least claim 34 of the '829 Patent in the United States because Defendants' customers use such Accused Products, including at least the Verizon Smart Family and Companion applications and/or services installed on the Accused Products, in accordance with Defendants' instructions and thereby directly infringe at least claim 34 of the '829 Patent in violation of 35 U.S.C. § 271. Defendants directly and/or indirectly intentionally instruct their customers to infringe through training videos, demonstrations, brochures, installations and/or user guides, such as those located at one or more of the following: https://www.verizon.com/solutions-and-services/verizon-smart-family/; https://www.verizon.com/support/how-to-use-verizon-smart-family/; https://www.verizon.com/support/verizon-smart-family-faqs/; https://www.verizon.com/support/verizon-smart-family-web-app-video/; https://reveal-help.verizonconnect.com/hc/en-us/articles/360011304580-Download-user-guides; and Verizon's agents and representatives located within this Judicial District. Defendants are thereby liable for infringement of the '829 Patent under 35 U.S.C. § 271(b). Alternatively, Defendants believed there was a high probability that others would infringe the '829 Patent but remained willfully blind to the infringing nature of others' actions.

49.    For example, Defendants directly infringe and/or indirectly infringe by instructing their customers to infringe by a system comprising: one or more server devices programmed to perform operations comprising: forwarding, to a first device, a request to join a group, wherein the request is received from a second device and the group includes the second device; based on acceptance of the request by the first device, joining the first device to the group, wherein joining

57

the first device to the group comprises authorizing the first device to repeatedly share device location information and repeatedly engage in remote control operations with each device included in the group; receiving a first message comprising a request for a first updated location of the first device, wherein the first message is sent by the second device and includes data identifying the first device; in response to receiving the first message, sending, to the first device, a second message comprising a request for the first updated location of the first device; after sending the second message, receiving a response to the second message, the response including first location information comprising the first updated location of the first device; sending, to the second device, the first location information and georeferenced map data, wherein the second device is configured to present, via a display of the second device, a georeferenced map based on the georeferenced map data and a symbol corresponding to the first device, wherein the symbol is positioned on the georeferenced map at a first position corresponding to the first updated location of the first device, and wherein the georeferenced map data relate positions on the georeferenced map to spatial coordinates; after sending the first location information and the georeferenced map data to the second device, receiving second location information comprising a second updated location of the first device and sending the second location information to the second device, wherein the second device is configured to use the server-provided georeferenced map data and the second location information to reposition the symbol on the georeferenced map at a second position corresponding to the second updated location of the first device; receiving a third message related to remotely controlling the first device to perform an action, wherein the third message is sent by the second device; and after receiving the third message, sending, to the first device, a fourth message related to remotely controlling the first device to perform the action, wherein the first device is configured

to perform the action based on receiving the fourth message.  For example, the Accused Products include features as shown below.

# How to Use Verizon Smart Family™

Verizon Smart Family is a service that offers location services and parental controls for all of your family members' phones. Refer to the Verizon Smart Family FAQs for more information about this service.

You can manage Verizon Smart Family through My Verizon's website or the Verizon Smart Family app.

## Sign in to an existing Verizon Smart Family account

To sign in to the Verizon Smart Family app on your phone:

1.  Open the Verizon Smart Family app on your Android smartphone or iPhone.

    Note: If you don't have the app on your phone, you can download the Verizon Smart Family app in your phone's app store.

    You can also sign in and manage Verizon Smart Family through My Verizon. But you must have the Verizon Smart Family app on your phone to benefit from all the features available with the service.

2.  Tap **Get started**.

3.  Enter your mobile number and My Verizon password. Then tap **Sign in**.

4.  If prompted, tap **Agree** to accept the Terms and Conditions.

You've successfully signed in to Verizon Smart Family.

## Locate a child

Note: You must have Verizon Smart Family Premium to use location services. You'll also need to pair your phone with the Smart Family Companion app on your child's phone for better location accuracy and to use certain location features. Additionally, Smart Family notifications must be enabled in your device settings to view any location of your child's Verizon Android tablet.

In the Verizon Smart Family app:

1.  Select the child at the top of the screen. The app will begin to locate their phone automatically. A successful result will display a halo showing the general area of the child's device.



2.  Tap the **Map** for more detail.



Your child's location details and history will appear. You can tap an individual result for more detail. [49]

---

[49] https://www.verizon.com/support/how-to-use-verizon-smart-family/

2   Enter your username, which is your email address, and your password.

3   Click **LOG IN**.

<sup>50</sup>

---

## Reveal apps

- Reveal Spotlight - Monitor vehicles, assets, and driver activity on the go. (iOS) (Android)

- Reveal Manager - Run reports, create alerts, measure vehicle performance. (iOS) (Android)

- Integrated Video - Install cameras and view recordings from your fleet. (iOS) (Android)

- Reveal ELD Logbook - Drivers can log hours of service and change driving status. (iOS) (Android)

- Reveal Field Service Dispatch - Manage field workers, jobs and customer notifications. (iOS) (Android)

- Reveal Driver - Drivers can assign themselves to vehicles, accept new work and check their performance. (iOS) (Android)

- Work - Dispatch jobs directly to the devices of workers in the field. (iOS) (Android)

51

---

[51] https://reveal-help.verizonconnect.com/hc/en-us/articles/360011079099-Reveal-mobile-apps

**Topics** −

Getting started +

Drivers +

**Admin and people** −

  Admin overview

  **Creating and editing groups**

  Creating and editing users

  Managing Roles and Permissions

  Create drivers

  Edit drivers

  Uploading Geofences

  My Benchmarks

  What is Roadside Assistance?

  Customer Privacy Requests (CCPA)

My Account +

Track and trace +

Reports and notifications +

Compliance +

Vehicles and assets +

Video +

Scheduling +

Integrations +

Devices and installation +

Spotlight Mobile App +

Navigation Mobile App +

Mobile apps +

Getting Started +

Invoicing and Items +

# Creating and editing groups

En Español

Groups allow you to control who can see certain vehicles, drivers, technicians, or assets. When you create a group, you can add vehicles, drivers, technicians, and assets to it. Then you can choose which users can access the group.

Groups are used to:

- Organize your fleet into categories, such as region, vehicle type, or asset type.
- Restrict users from viewing items in a group.
- Filter views in parts of Reveal such as Live Map, Reports, Replay and Scheduler.

**Note:** By default, administrators have access to all groups.

## Creating Groups



To create a group, follow these steps:

1. To open the Groups page, choose **Account Profile > Admin > Groups section > Manage Groups**.

2. On the Groups page, click **Add Group**. If you want to create a subgroup, select from the list the group you want to add the subgroup to, then click **Add Group**.

3. On the **Edit** tab, in the **Name** field, enter a name for the group.

4. In the **Group ID** field, enter an ID. You can use a Group ID number to identify a Group, in conjunction with a name. The ID must be unique.

5. To select a color for the group balloon, click the color wheel and choose a color. Balloons display vehicle information when you click a status icon on the Live Map.

52

---

52 https://reveal-help.verizonconnect.com/hc/en-us/articles/360010589240-Creating-and-editing-groups

**Topics** −

Getting started +

Drivers +

Admin and people +

My Account +

**Track and trace** −

Live Map −

Why vehicles show as
'towing' when they are not
in tow

Set up the Live Map

Using the Live Map

See vehicles on Live Map

See non-powered assets
on Live Map

See drivers on Live Map

See groups on Live Map

Fleet Status list

Filter and sort your fleet on
Live Map

See your fleet status on
Live Map

Actions menu

Find nearest vehicle or
asset

Get Directions

Live Map troubleshooting

Replay +

Places +

Reports and notifications +

Compliance +

Vehicles and assets +

Video +

Scheduling +

# Using the Live Map

Leer en Español

### Navigating the Live Map

With a **mouse**, move the map by holding down the left mouse button and dragging.
Zoom in and out using the mouse click-wheel, or using the + and - symbols at the bottom right of
the map.

With a **trackpad**, on the map use two fingers to zoom in or out, and a combination of trackpad and
buttons to move the map.

Double-click on a map location to zoom in there, with a mouse or a trackpad.

Right-clicking on a vehicle opens the Vehicle Actions Menu. Right-clicking on the map opens a
similar menu, but without the vehicle specific options.

### Vehicles on the map

After you select vehicles to show from the Fleet selection tab, the location of each vehicle (or
driver in a vehicle) in your fleet should be visible on the map, with an icon showing the current
status of each.

Hover over a vehicle from the vehicle status list and its position on the live map will be highlighted
with a blue circle.



If a vehicle is out of view when you do this, an indicator will appear at the edge of the map,
showing where you can navigate to on the map to see the vehicle.

If you do not see all your vehicles, check that you have selected **Entire Fleet** in the Fleet selection
tab. If you still do not see all your vehicles, contact Customer Care & User Support.

53

---

**Topics** −

Getting started +

Drivers +

Admin and people +

My Account +

**Track and trace** −

Live Map −

Why vehicles show as
'towing' when they are not
in tow

Set up the Live Map

Using the Live Map

**See vehicles on Live Map**

See non-powered assets
on Live Map

See drivers on Live Map

See groups on Live Map

Fleet Status list

Filter and sort your fleet on
Live Map

See your fleet status on
Live Map

Actions menu

Find nearest vehicle or
asset

Get Directions

Live Map troubleshooting

Replay +

Places +

# See vehicles on Live Map

Leer en Español



When you log into Reveal for the first time, all vehicles in your fleet show on Live Map.

The Fleet selection tab shows a list of all the vehicles in your fleet and from here you can choose the vehicles you want to see on Live Map.

> ⓘ  When tracking units are first installed, vehicles will show as tracking unit numbers. These will change to registration numbers after 24 hours. Re-name your vehicles to make them easier to recognize, and the list will be displayed in alphabetical order.

To open the Fleet selection tab do the following:

1  To open the fleet panel, choose the 🖵 icon.

2  To open the Fleet selection tab, click the ⬡ icon or **click the Select Vehicles** link.

3  Use the checkboxes beside each vehicle name to mark which you want to see on the map. You can display your entire fleet or just a few vehicles.
As you make your selection from the list, the map will adjust to show you the locations of those vehicles.

54

---

54 https://reveal-help.verizonconnect.com/hc/en-us/articles/360010455560-See-vehicles-on-Live-Map

**Topics** −

  Getting started +

  Drivers +

  Admin and people +

  My Account +

  **Track and trace** −

    Live Map −

      Why vehicles show as 'towing' when they are not in tow

      Set up the Live Map

      Using the Live Map

      See vehicles on Live Map

      See non-powered assets on Live Map

      See drivers on Live Map

      See groups on Live Map

      **Fleet Status list**

      Filter and sort your fleet on Live Map

      See your fleet status on Live Map

      Actions menu

      Find nearest vehicle or asset

      Get Directions

      Live Map troubleshooting

    Replay +

    Places +

  Reports and notifications +

# Fleet Status list

Leer en Español



The fleet status list is found on the Fleet Status tab. 

While you are using Live Map, vehicles and assets on the list briefly light up in blue. This is a real-time indication that the vehicle or asset has just communicated with Reveal, and the information shown is up to date.

The vehicle information in the list depends on the information the vehicle is sending to Reveal.

For each vehicle in the list, you see some or all of the following details:

• Vehicle name
• Driver name, if a driver is assigned to a vehicle.
• Vehicle status
• Group name, if the vehicle is assigned to a group.
• GPS signal strength

If a vehicle is an electric vehicle, you will see the **EV** icon next to the vehicle name. You can manage the vehicle fuel type, on the **Vehicle Information** tab of the **Edit Vehicle** page.

To access the **Vehicle actions menu**, click ⋮ (menu).

55

---

**Track and trace** —

  Live Map —

    Why vehicles show as 'towing' when they are not in tow

    Set up the Live Map

    Using the Live Map

    See vehicles on Live Map

    See non-powered assets on Live Map

    See drivers on Live Map

    See groups on Live Map

    Fleet Status list

    Filter and sort your fleet on Live Map

    **See your fleet status on Live Map**

    Actions menu

    Find nearest vehicle or asset

    Get Directions

    Live Map troubleshooting

  Replay +

  Places +

  Reports and notifications +

  Compliance +

  Vehicles and assets +

  Video +

  Scheduling +

  Integrations +

  Devices and installation +

  Spotlight Mobile App +

  Navigation Mobile App +

  Mobile apps +

  Getting Started +

### Fleet Status tab

Vehicles and assets you have chosen to show on the Live Map are displayed as a list in the Fleet Status tab.



You see detailed information in the fleet status list.

You can filter and sort your fleet status list to suit your needs. You may prefer to see the list arranged by **Vehicle**, **Driver**, or **Group**, depending on how your fleet is organized and the type of work you do.

You can also sort the list by **Status** or **Last Update**, if you want to closely monitor the movements of your fleet.

### Balloon details

When you click the status icon of a vehicle or asset on the map, a balloon opens with additional details.



The information shown in a balloon includes:

- Vehicle name
- Driver name - if there is a driver assigned to the vehicle
- Speed of the vehicle, if it is moving
- Amount of time vehicle has been in that status
- Time of the last update, or the date, if the vehicle has been in that status for more than 24 hours
- Location of the vehicle (address)

If the vehicle is an electric vehicle, you will see the [EV] icon next to the vehicle name. You can change the vehicle's fuel type on the **Vehicle Information tab of the Edit Vehicle** page.

56

---

**Topics** —

Getting started +

Drivers +

Admin and people +

My Account +

**Track and trace** —

Live Map —

Why vehicles show as 'towing' when they are not in tow

Set up the Live Map

Using the Live Map

See vehicles on Live Map

See non-powered assets on Live Map

See drivers on Live Map

See groups on Live Map

Fleet Status list

Filter and sort your fleet on Live Map

See your fleet status on Live Map

Actions menu

Find nearest vehicle or asset

Get Directions

Live Map troubleshooting

Replay +

Places +

Reports and notifications +

Compliance +

Vehicles and assets +

Video +

Scheduling +

# Find nearest vehicle or asset

En Español

The Find Nearest function allows you to enter an address, or the location of a vehicle or asset, and then see the 10 vehicles or assets that are closest to that point.

There are **three different ways** to access the Find Nearest function from the Live Map:

• Right-click on any location on the Live Map.

• Right-click on the status icon of any vehicle (or driver or asset) on the Live Map.

• Use the three-dot icon ⋮ found beside each vehicle or asset in the Vehicle Status list.

## Using Find Nearest

The Find Nearest function opens another map in a separate window.

You will see a list of active vehicles and assets nearest to the location that you selected on the Live Map, on the left. The list will show up to 10 of the closest vehicles or assets, that have been active in the last 24 hours.

If you do not see a full list of vehicles:

• Check the **Group: Vehicles Selected** drop-down, to make sure you have selected all the relevant groups of vehicles.

• Change your **Time Frame** - by default, only vehicles that have been updated in the last three days will be shown.

Each vehicle or asset in the list will show their distance from the point you indicated, and an estimated time for the journey between the two points.

From the list, you can get directions to a specific vehicle using the **GET DIRECTIONS** button. You will be shown the distance between the two points, and also an estimated time for the journey.

Estimated time results shown within Find Nearest are powered by Google Maps. Google uses various factors to calculate estimated time, including:

• Available data in an area

• Speed limits and recommended speeds

• Speeds derived from road types

• Historical average speed data

• Actual travel times from previous users

• Real-time traffic information

57

---

[57] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010454660-Find-nearest-vehicle-or-asset

Creating Places



To create a place from the **Places** tab, follow these steps:

① To open the Create Place window, click **Create a New Place**.

② In the **Address** field, type an address and press **Enter**. Select the address from the **Matching Address** list. A Place with a square perimeter is added to the map.

You can select a different shape by clicking the shape icons at the top of the map.



Use the custom shape to create a Geofence around a parking lot, or a site with an irregular boundary.

You can adjust the size of the Place by dragging the dots on the perimeter, or move the Place by dragging from inside the perimeter.

Alternatively, you can decide the location of a Place by clicking the map to create an outline. An address is automatically added to the Address field.

**Note**: When you create a Geofence perimeter, avoid overlapping the perimeter with another Geofence, as this can make it difficult to identify Places on the report.

58

---

[58] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010497980-Creating-Places

## Job cards

In the Reveal Field Mobile App, job details are displayed on job cards. Each job has its own job card.

You can view job cards in **My jobs** under **TODAY**, **UPCOMING**, and **OVERDUE**, depending on their status.
From here, job cards show the following information about a job:

- Status
- Duration
- Job ID
- Type
- Contact details
- Location
- Description

Here is an example of a job card:



To get more information about a job, such as that shown on the image below, tap the job card.



---

[59] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010567919-View-job-details

## Team members

If there are other team members assigned to your job, view them in the **Team members** or **View all** sections. You can contact them directly via phone call or text message from here.



60



61



62



63



64

---

63 https://www.verizon.com/business/solutions/public-sector/public-safety/first-responder-applications/#video-4; https://www.youtube.com/watch?v=3T_g6qnwVlQ&t=322s
64 https://www.verizon.com/business/solutions/public-sector/public-safety/first-responder-applications/#video-8; https://www.youtube.com/watch?v=-nWcnt9lsCM&t=181s

65

50.     For example, Defendants' Accused Products allow users to share their locations and view other users' locations on a map and to communicate with those users via the Verizon Smart Family and Companion apps (as shown below).

---

65 https://www.verizon.com/business/products/internet-of-things/connected-smart-cities-communities/real-time-response-system/; https://www.youtube.com/watch?v=2_p-XWcv-7s&t=7s; https://www.verizon.com/business/resources/solutionsbriefs/2020/unifying_data_helps_you_make_better_faster_decisions.pdf

## Locate a child

Note: You must have Verizon Smart Family Premium to use location services. You'll also need to pair your phone with the Smart Family Companion app on your child's phone for better location accuracy and to use certain location features. Additionally, Smart Family notifications must be enabled in your device settings to view any location of your child's Verizon Android tablet.

In the Verizon Smart Family app:

1.  Select the child at the top of the screen. The app will begin to locate their phone automatically. A successful result will display a halo showing the general area of the child's device.



2.  Tap the **Map** for more detail.



Your child's location details and history will appear. You can tap an individual result for more detail.

51.     For example, the exemplary Accused Products allow users to establish groups and to exchange messages via interaction with Verizon's servers which provide the Verizon Smart Family and Companion services, among other relevant services.  The exemplary Accused Products

further allow users to retrieve map information from multiple sources including street-view maps, as well as satellite renderings.

52.    The exemplary Accused Products are programmed to form and join groups by transmitting messages.

### Locate a child

Note: You must have Verizon Smart Family Premium to use location services. You'll also need to pair your phone with the Smart Family Companion app on your child's phone for better location accuracy and to use certain location features. Additionally, Smart Family notifications must be enabled in your device settings to view any location of your child's Verizon Android tablet.

In the Verizon Smart Family app:

1.    Select the child at the top of the screen. The app will begin to locate their phone automatically. A successful result will display a halo showing the general area of the child's device.



2.  Tap the **Map** for more detail.



Your child's location details and history will appear. You can tap an individual result for more detail.

53.   The exemplary Accused Products are further programmed to facilitate participation in the groups by communicating with one or more servers and sending to and receiving location information, as depicted below.

### Locate a child

Note: You must have Verizon Smart Family Premium to use location services. You'll also need to pair your phone with the Smart Family Companion app on your child's phone for better location accuracy and to use certain location features. Additionally, Smart Family notifications must be enabled in your device settings to view any location of your child's Verizon Android tablet.

In the Verizon Smart Family app:

1.  Select the child at the top of the screen. The app will begin to locate their phone automatically. A successful result will display a halo showing the general area of the child's device.



2.  Tap the **Map** for more detail.



Your child's location details and history will appear. You can tap an individual result for more detail.

54.    This location information is presented on interactive displays on the exemplary Accused Products which include interactive maps and a plurality of user selectable symbols corresponding to other devices.   These symbols are positioned on the map at positions corresponding to the locations of the other devices as depicted below.



55.     The exemplary Accused Products are further programmed to permit users to request and display additional maps by, for example, moving the map screen and/or by selecting satellite image maps.  The exemplary Accused Products are further programmed to permit interaction with the display where a user may select one or more symbols and where the exemplary Accused Products further permit data to be sent to other devices based on that interaction.

56.     AGIS Software has suffered damages as a result of Defendants' direct and indirect infringement of the '829 Patent in an amount to be proved at trial.

57.     AGIS Software has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '829 Patent for which there is no adequate remedy at law unless Defendants' infringement is enjoined by this Court.

58.     Defendants have committed and continue to commit acts of infringement that Defendants actually knew or should have known constituted an unjustifiably high risk of infringement of at least one valid and enforceable claim of the '829 Patent.  Defendants' infringement of the '829 Patent has been and continues to be willful, entitling AGIS Software to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

<u>**COUNT IV**</u>
**(Infringement of the '123 Patent)**

59.     Paragraphs 1 through 17 are incorporated herein by reference as if fully set forth in their entireties.

60.     AGIS Software has not licensed or otherwise authorized Defendants to make, use, offer for sale, sell, or import any products that embody the inventions of the '123 Patent.

61.     Defendants have and continue to directly infringe at least claim 23 of the '123 Patent, either literally or under the doctrine of equivalents, by making, using, selling, offering for

sale, distributing, exporting from, and/or importing into the United States the Accused Products without authority and in violation of 35 U.S.C. § 271(a).

62.    Defendants have and continue to indirectly infringe at least claim 23 of the '123 Patent by actively, knowingly, and intentionally inducing others to directly infringe, either literally or under the doctrine of equivalents, by making, using, selling, offering for sale, distributing, exporting from, and/or importing into the United States the infringing Accused Products and by instructing users of the Accused Products to perform at least the method of claim 23 in the '123 Patent.  For example, Defendants, with knowledge that the Accused Products infringe the '123 Patent at least as of the date of this Complaint, actively, knowingly, and intentionally induced, and continue to actively, knowingly, and intentionally induce direct infringement of at least claim 23 of the '123 Patent in violation of 35 U.S.C. § 271(b).  Alternatively, Defendants believed there was a high probability that others would infringe the '123 Patent but remained willfully blind to the infringing nature of others' actions.

63.    For example, Defendants have indirectly infringed and continue to indirectly infringe at least claim 23 of the '123 Patent in the United States because Defendants' customers use such Accused Products, including at least the Verizon Smart Family and Companion apps installed on the Accused Products, in accordance with Defendants' instructions and thereby directly infringe at least claim 23 of the '123 Patent in violation of 35 U.S.C. § 271.  Defendants directly and/or indirectly intentionally instruct their customers to infringe through training videos, demonstrations, brochures, installations and/or user guides, such as those located at one or more of the following:    https://www.verizon.com/solutions-and-services/verizon-smart-family/; https://www.verizon.com/support/how-to-use-verizon-smart-family/; https://www.verizon.com/support/verizon-smart-family-faqs/;

https://www.verizon.com/support/verizon-smart-family-web-app-video/;    https://reveal-help.verizonconnect.com/hc/en-us/articles/360011304580-Download-user-guides; and Verizon's agents and representatives located within this Judicial District.  Defendants are thereby liable for infringement of the '123 Patent under 35 U.S.C. § 271(b).  Alternatively, Defendants believed there was a high probability that others would infringe the '123 Patent but remained willfully blind to the infringing nature of others' actions.

64.    For example, Defendants directly infringe and/or indirectly infringe by instructing their customers to infringe by a system comprising: a first device programmed to perform operations comprising: receiving a message sent by a second device, wherein the message relates to joining a group; based on receipt of the message sent by the second device, sending first location information to a first server and receiving second location information from the first server, the first location information comprising a location of the first device, the second location information comprising one or more locations of one or more respective second devices included in the group; sending, from the first device to a second server, a request for georeferenced map data; receiving, from the second server, the georeferenced map data; presenting, via an interactive display of the first device, a georeferenced map and one or more user-selectable symbols corresponding to one or more of the second devices, wherein the symbols are positioned on the georeferenced map at respective positions corresponding to the locations of the second devices represented by the symbols, and wherein the georeferenced map data relate positions on the georeferenced map to spatial coordinates; and identifying user interaction with the interactive display selecting a particular user-selectable symbol corresponding to a particular second device and user interaction with the display specifying an action and, based thereon, using an Internet Protocol to send data to the particular second device, wherein identifying the user interaction selecting the particular user-

selectable symbol comprises: detecting user selection of a portion of the interactive display corresponding to a position on the georeferenced map, and identifying the particular user-selectable symbol based, at least in part, on coordinates of the selected position, comprising: searching a set of symbols for a symbol located nearest to the coordinates of the selected position, wherein the set of symbols includes the user-selectable symbols corresponding to the second devices in the group, and wherein data associated with the set of symbols include coordinates of portions of the display corresponding to the symbols in the set, and based on a result of searching the set of symbols, identifying the particular user-selectable symbol as the symbol located nearest to the coordinates of the selected position, wherein the particular user-selectable symbol corresponds to the particular second device.  For example, the Accused Products include features as shown below.

# How to Use Verizon Smart Family™

Verizon Smart Family is a service that offers location services and parental controls for all of your family members' phones. Refer to the Verizon Smart Family FAQs for more information about this service.

You can manage Verizon Smart Family through My Verizon's website or the Verizon Smart Family app.

### Sign in to an existing Verizon Smart Family account

To sign in to the Verizon Smart Family app on your phone:

1.  Open the Verizon Smart Family app on your Android smartphone or iPhone.

    Note: If you don't have the app on your phone, you can download the Verizon Smart Family app in your phone's app store.

    You can also sign in and manage Verizon Smart Family through My Verizon. But you must have the Verizon Smart Family app on your phone to benefit from all the features available with the service.

2.  Tap **Get started**.

3.  Enter your mobile number and My Verizon password. Then tap **Sign in**.

4.  If prompted, tap **Agree** to accept the Terms and Conditions.

    You've successfully signed in to Verizon Smart Family.

## Locate a child

Note: You must have Verizon Smart Family Premium to use location services. You'll also need to pair your phone with the Smart Family Companion app on your child's phone for better location accuracy and to use certain location features. Additionally, Smart Family notifications must be enabled in your device settings to view any location of your child's Verizon Android tablet.

In the Verizon Smart Family app:

1.  Select the child at the top of the screen. The app will begin to locate their phone automatically. A successful result will display a halo showing the general area of the child's device.



2.  Tap the **Map** for more detail.



Your child's location details and history will appear. You can tap an individual result for more detail. [66]



**2**  Enter your username, which is your email address, and your password.

**3**  Click **LOG IN**.

[67]

---

[66] https://www.verizon.com/support/how-to-use-verizon-smart-family/

[67] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010671999-Log-in-to-Reveal

## Reveal apps

- Reveal Spotlight - Monitor vehicles, assets, and driver activity on the go. (iOS) (Android)

- Reveal Manager - Run reports, create alerts, measure vehicle performance. (iOS) (Android)

- Integrated Video - Install cameras and view recordings from your fleet. (iOS) (Android)

- Reveal ELD Logbook - Drivers can log hours of service and change driving status. (iOS) (Android)

- Reveal Field Service Dispatch - Manage field workers, jobs and customer notifications. (iOS) (Android)

- Reveal Driver - Drivers can assign themselves to vehicles, accept new work and check their performance. (iOS) (Android)

- Work - Dispatch jobs directly to the devices of workers in the field. (iOS) (Android)

68

---

[68] https://reveal-help.verizonconnect.com/hc/en-us/articles/360011079099-Reveal-mobile-apps

**Topics**                                    −

Getting started                              +

Drivers                                       +

**Admin and people**                          −

   Admin overview

   **Creating and editing
   groups**

   Creating and editing users

   Managing Roles and
   Permissions

   Create drivers

   Edit drivers

   Uploading Geofences

   My Benchmarks

   What is Roadside
   Assistance?

   Customer Privacy Requests
   (CCPA)

My Account                                    +

Track and trace                               +

Reports and notifications                     +

Compliance                                    +

Vehicles and assets                           +

Video                                         +

Scheduling                                    +

Integrations                                  +

Devices and installation                      +

Spotlight Mobile App                          +

Navigation Mobile App                         +

Mobile apps                                   +

Getting Started                               +

Invoicing and Items                           +

# Creating and editing groups

En Español

Groups allow you to control who can see certain vehicles, drivers, technicians, or assets. When you create a group, you can add vehicles, drivers, technicians, and assets to it. Then you can choose which users can access the group.

Groups are used to:

• Organize your fleet in categories, such as region, vehicle type, or asset type.

• Restrict users from viewing items in a group.

• Filter views in parts of Reveal such as Live Map, Reports, Replay and Scheduler.

**Note:** By default, administrators have access to all groups.

## Creating Groups



To create a group, follow these steps:

1    To open the Groups page, choose **Account Profile > Admin > Groups section > Manage Groups**.

2    On the Groups page, click **Add Group**. If you want to create a subgroup, select from the list the group you want to add the subgroup to, then click **Add Group**.

3    On the **Edit** tab, in the **Name** field, enter a name for the group.

4    In the **Group ID** field, enter an ID. You can use a Group ID number to identify a Group, in conjunction with a name. The ID must be unique.

5    To select a color for the group balloon, click the color wheel and choose a color. Balloons display vehicle information when you click a status icon on the Live Map.

69

---

[69] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010589240-Creating-and-editing-groups

**Topics** −

Getting started +

Drivers +

Admin and people +

My Account +

**Track and trace** −

   Live Map −

      Why vehicles show as
      'towing' when they are not
      in tow

      Set up the Live Map

      Using the Live Map

      See vehicles on Live Map

      See non-powered assets
      on Live Map

      See drivers on Live Map

      See groups on Live Map

      Fleet Status list

      Filter and sort your fleet on
      Live Map

      See your fleet status on
      Live Map

      Actions menu

      Find nearest vehicle or
      asset

      Get Directions

      Live Map troubleshooting

Replay +

Places +

Reports and notifications +

Compliance +

Vehicles and assets +

Video +

Scheduling +

# Using the Live Map

Leer en Español

## Navigating the Live Map

With a **mouse**, move the map by holding down the left mouse button and dragging.
Zoom in and out using the mouse click-wheel, or using the + and - symbols at the bottom right of the map.

With a **trackpad**, on the map use two fingers to zoom in or out, and a combination of trackpad and buttons to move the map.

Double-click on a map location to zoom in there, with a mouse or a trackpad.

Right-clicking on a vehicle opens the Vehicle Actions Menu. Right-clicking on the map opens a similar menu, but without the vehicle specific options.

## Vehicles on the map

After you select vehicles to show from the Fleet selection tab, the location of each vehicle (or driver in a vehicle) in your fleet should be visible on the map, with an icon showing the current status of each.

Hover over a vehicle from the vehicle status list and its position on the live map will be highlighted with a blue circle.



If a vehicle is out of view when you do this, an indicator will appear at the edge of the map, showing where you can navigate to on the map to see the vehicle.



If you do not see all your vehicles, check that you have selected **Entire Fleet** in the Fleet selection tab. If you still do not see all your vehicles, contact Customer Care & User Support.

70

---

**Topics** —

  Getting started +

  Drivers +

  Admin and people +

  My Account +

  **Track and trace** —

    Live Map —

      Why vehicles show as 'towing' when they are not in tow

      Set up the Live Map

      Using the Live Map

      **See vehicles on Live Map**

      See non-powered assets on Live Map

      See drivers on Live Map

      See groups on Live Map

      Fleet Status list

      Filter and sort your fleet on Live Map

      See your fleet status on Live Map

      Actions menu

      Find nearest vehicle or asset

      Get Directions

      Live Map troubleshooting

  Replay +

  Places +

# See vehicles on Live Map

Leer en Español



When you log into Reveal for the first time, all vehicles in your fleet show on Live Map.

The Fleet selection tab shows a list of all the vehicles in your fleet and from here you can choose the vehicles you want to see on Live Map.

> ⓘ When tracking units are first installed, vehicles will show as tracking unit numbers. These will change to registration numbers after 24 hours. Re-name your vehicles to make them easier to recognize, and the list will be displayed in alphabetical order.

To open the Fleet selection tab do the following:

1. To open the fleet panel, choose the 🖵 icon.

2. To open the Fleet selection tab, click the 🔧 icon or click the **Select Vehicles** link.

3. Use the checkboxes beside each vehicle name to mark which you want to see on the map. You can display your entire fleet or just a few vehicles.
   As you make your selection from the list, the map will adjust to show you the locations of those vehicles.

71

---

[71] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010455560-See-vehicles-on-Live-Map

**Topics** —

  Getting started +

  Drivers +

  Admin and people +

  My Account +

  **Track and trace** —

    Live Map —

      Why vehicles show as 'towing' when they are not in tow

      Set up the Live Map

      Using the Live Map

      See vehicles on Live Map

      See non-powered assets on Live Map

      See drivers on Live Map

      See groups on Live Map

      **Fleet Status list**

      Filter and sort your fleet on Live Map

      See your fleet status on Live Map

      Actions menu

      Find nearest vehicle or asset

      Get Directions

      Live Map troubleshooting

    Replay +

    Places +

  Reports and notifications +

# Fleet Status list

Leer en Español



The fleet status list is found on the Fleet Status tab. 

While you are using Live Map, vehicles and assets on the list briefly light up in blue. This is a real-time indication that the vehicle or asset has just communicated with Reveal, and the information shown is up to date.

The vehicle information in the list depends on the information the vehicle is sending to Reveal.

For each vehicle in the list, you see some or all of the following details:

• Vehicle name

• Driver name, if a driver is assigned to a vehicle.

• Vehicle status

• Group name, if the vehicle is assigned to a group.

• GPS signal strength

If a vehicle is an electric vehicle, you will see the **EV** icon next to the vehicle name. You can manage the vehicle fuel type, on the **Vehicle Information** tab of the **Edit Vehicle** page.

To access the **Vehicle actions menu**, click ⋮ (menu).

72

---

72 https://reveal-help.verizonconnect.com/hc/en-us/articles/360010567839-Fleet-Status-list

**Track and trace**    —

   Live Map    —

     Why vehicles show as 'towing' when they are not in tow

     Set up the Live Map

     Using the Live Map

     See vehicles on Live Map

     See non-powered assets on Live Map

     See drivers on Live Map

     See groups on Live Map

     Fleet Status list

     Filter and sort your fleet on Live Map

     **See your fleet status on Live Map**

     Actions menu

     Find nearest vehicle or asset

     Get Directions

     Live Map troubleshooting

   Replay    +

   Places    +

   Reports and notifications    +

   Compliance    +

   Vehicles and assets    +

   Video    +

   Scheduling    +

   Integrations    +

   Devices and installation    +

   Spotlight Mobile App    +

   Navigation Mobile App    +

   Mobile apps    +

   Getting Started    +

### Fleet Status tab

Vehicles and assets you have chosen to show on the Live Map are displayed as a list in the Fleet Status tab.



You see detailed information in the fleet status list.

You can filter and sort your fleet status list to suit your needs. You may prefer to see the list arranged by **Vehicle**, **Driver**, or **Group**, depending on how your fleet is organized and the type of work you do.

You can also sort the list by **Status** or **Last Update**, if you want to closely monitor the movements of your fleet.

### Balloon details

When you click the status icon of a vehicle or asset on the map, a balloon opens with additional details.



The information shown in a balloon includes:

- Vehicle name
- Driver name - if there is a driver assigned to the vehicle
- Speed of the vehicle, if it is moving
- Amount of time vehicle has been in that status
- Time of the last update, or the date, if the vehicle has been in that status for more than 24 hours
- Location of the vehicle (address)

If the vehicle is an electric vehicle, you will see the **EV** icon next to the vehicle name. You can change the vehicle's fuel type on the **Vehicle Information tab of the Edit Vehicle** page.

73

---

73 https://reveal-help.verizonconnect.com/hc/en-us/articles/360010567879-See-your-fleet-status-on-Live-Map

**Topics** −

Getting started +

Drivers +

Admin and people +

My Account +

**Track and trace** −

Live Map −

Why vehicles show as 'towing' when they are not in tow

Set up the Live Map

Using the Live Map

See vehicles on Live Map

See non-powered assets on Live Map

See drivers on Live Map

See groups on Live Map

Fleet Status list

Filter and sort your fleet on Live Map

See your fleet status on Live Map

Actions menu

Find nearest vehicle or asset

Get Directions

Live Map troubleshooting

Replay +

Places +

Reports and notifications +

Compliance +

Vehicles and assets +

Video +

Scheduling +

# Find nearest vehicle or asset

En Español

The Find Nearest function allows you to enter an address, or the location of a vehicle or asset, and then see the 10 vehicles or assets that are closest to that point.

There are **three different ways** to access the Find Nearest function from the Live Map:

- Right-click on any location on the Live Map.
- Right-click on the status icon of any vehicle (or driver or asset) on the Live Map.
- Use the three-dot icon ⋮ found beside each vehicle or asset in the Vehicle Status list.

## Using Find Nearest

The Find Nearest function opens another map in a separate window.

You will see a list of active vehicles and assets nearest to the location that you selected on the Live Map, on the left. The list will show up to 10 of the closest vehicles or assets, that have been active in the last 24 hours.

If you do not see a full list of vehicles:

- Check the **Group: Vehicles Selected** drop-down, to make sure you have selected all the relevant groups of vehicles.
- Change your **Time Frame** - by default, only vehicles that have been updated in the last three days will be shown.

Each vehicle or asset in the list will show their distance from the point you indicated, and an estimated time for the journey between the two points.

From the list, you can get directions to a specific vehicle using the **GET DIRECTIONS** button. You will be shown the distance between the two points, and also an estimated time for the journey.

Estimated time results shown within Find Nearest are powered by Google Maps. Google uses various factors to calculate estimated time, including:

- Available data in an area
- Speed limits and recommended speeds
- Speeds derived from road types
- Historical average speed data
- Actual travel times from previous users
- Real-time traffic information

74

---

[74] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010454660-Find-nearest-vehicle-or-asset

Creating Places



To create a place from the **Places** tab, follow these steps:

1.  To open the Create Place window, click **Create a New Place**.

2.  In the **Address** field, type an address and press **Enter**. Select the address from the **Matching Address** list. A Place with a square perimeter is added to the map.
    You can select a different shape by clicking the shape icons at the top of the map.

    

    Use the custom shape to create a Geofence around a parking lot, or a site with an irregular boundary.
    You can adjust the size of the Place by dragging the dots on the perimeter, or move the Place by dragging from inside the perimeter.
    Alternatively, you can decide the location of a Place by clicking the map to create an outline. An address is automatically added to the Address field.
    **Note**: When you create a Geofence perimeter, avoid overlapping the perimeter with another Geofence, as this can make it difficult to identify Places on the report.

75

---

[75] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010497980-Creating-Places

## Job cards

In the Reveal Field Mobile App, job details are displayed on job cards. Each job has its own job card.

You can view job cards in **My jobs** under **TODAY**, **UPCOMING**, and **OVERDUE**, depending on their status.
From here, job cards show the following information about a job:

• Status

• Duration

• Job ID

• Type

• Contact details

• Location

• Description

Here is an example of a job card:



To get more information about a job, such as that shown on the image below, tap the job card.



---

[76] https://reveal-help.verizonconnect.com/hc/en-us/articles/360010567919-View-job-details

## Team members

If there are other team members assigned to your job, view them in the **Team members** or **View all** sections. You can contact them directly via phone call or text message from here.



77



78



79

78 https://www.verizon.com/business/solutions/public-sector/public-safety/first-responder-applications/#video-2; https://www.youtube.com/watch?v=mqkL6vCC0l8
79 https://www.verizon.com/business/solutions/public-sector/public-safety/first-responder-applications/#video-3; https://www.youtube.com/watch?v=bvvqpe9fkzs&t=2s



80



81

---



82

65.     For example, Defendants' Accused Products allow users to share their locations and view other users' locations on a map and to communicate with those users via the Verizon Smart Family and Companion apps (as shown below).

---

82 https://www.verizon.com/business/products/internet-of-things/connected-smart-cities-communities/real-time-response-system/; https://www.youtube.com/watch?v=2_p-XWcv-7s&t=7s;
https://www.verizon.com/business/resources/solutionsbriefs/2020/unifying_data_helps_you_make_better_faster_decisions.pdf

## Locate a child

Note: You must have Verizon Smart Family Premium to use location services. You'll also need to pair your phone with the Smart Family Companion app on your child's phone for better location accuracy and to use certain location features. Additionally, Smart Family notifications must be enabled in your device settings to view any location of your child's Verizon Android tablet.

In the Verizon Smart Family app:

1.  Select the child at the top of the screen. The app will begin to locate their phone automatically. A successful result will display a halo showing the general area of the child's device.



2.  Tap the **Map** for more detail.



Your child's location details and history will appear. You can tap an individual result for more detail.

66.     For example, the exemplary Accused Products allow users to establish groups and to exchange messages via interaction with Verizon's servers which provide the Verizon Smart

Family and Companion services, among other relevant services.  The exemplary Accused Products further allow users to retrieve map information from multiple sources including street-view maps.

67.     The exemplary Accused Products are programmed to receive messages from other devices where those messages relate to joining groups, as depicted below.

## Locate a child

Note: You must have Verizon Smart Family Premium to use location services. You'll also need to pair your phone with the Smart Family Companion app on your child's phone for better location accuracy and to use certain location features. Additionally, Smart Family notifications must be enabled in your device settings to view any location of your child's Verizon Android tablet.

In the Verizon Smart Family app:

1.   Select the child at the top of the screen. The app will begin to locate their phone automatically. A successful result will display a halo showing the general area of the child's device.



2. Tap the **Map** for more detail.



Your child's location details and history will appear. You can tap an individual result for more detail.

68.     The exemplary Accused Products are further programmed to facilitate participation in the groups by communicating with a server and sending to and receiving location information, as depicted below.

### Locate a child

Note: You must have Verizon Smart Family Premium to use location services. You'll also need to pair your phone with the Smart Family Companion app on your child's phone for better location accuracy and to use certain location features. Additionally, Smart Family notifications must be enabled in your device settings to view any location of your child's Verizon Android tablet.

In the Verizon Smart Family app:

1. Select the child at the top of the screen. The app will begin to locate their phone automatically. A successful result will display a halo showing the general area of the child's device.



2.  Tap the **Map** for more detail.



Your child's location details and history will appear. You can tap an individual result for more detail.

69.    This location information is presented on interactive displays on the exemplary Accused Products which include interactive maps and a plurality of user selectable symbols corresponding to other devices.    These symbols are positioned on the map at positions corresponding to the locations of the other devices, as depicted below.



70.    The exemplary Accused Products are further programmed to permit users to request and display additional maps by, for example, moving the map screen and/or by selecting satellite image maps.  The exemplary Accused Products are further programmed to permit interaction with the display where a user may select one or more symbols and where the exemplary Accused Products further permit data to be sent to other devices based on that interaction.

71.    AGIS Software has suffered damages as a result of Defendants' direct and indirect infringement of the '123 Patent in an amount to be proved at trial.

72.    AGIS Software has suffered, and will continue to suffer, irreparable harm as a result of Defendants' infringement of the '123 Patent for which there is no adequate remedy at law unless Defendants' infringement is enjoined by this Court.

73.    Defendants have committed and continue to commit acts of infringement that Defendants actually knew or should have known constituted an unjustifiably high risk of infringement of at least one valid and enforceable claim of the '123 Patent.  Defendants' infringement of the '123 Patent has been and continues to be willful, entitling AGIS Software to an award of treble damages, reasonable attorney fees, and costs in bringing this action.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a jury for all issues so triable.

## PRAYER FOR RELIEF

WHEREFORE, AGIS Software prays for relief against Defendants as follows:

a.    Entry of judgment declaring that Defendants have directly and/or indirectly infringed one or more claims of each of the Patents-in-Suit;

b.    Entry of judgment declaring that Defendants' infringement of the Patents-in-Suit has been willful and deliberate;

c.      An order pursuant to 35 U.S.C. § 283 permanently enjoining Defendants, their officers, agents, servants, employees, attorneys, and those persons in active concert or participation with them, from further acts of infringement of the Patents-in-Suit;

d.      An order awarding damages sufficient to compensate AGIS Software for Defendants' infringement of the Patents-in-Suit, but in no event less than a reasonable royalty, together with interest and costs;

e.      An order awarding AGIS Software treble damages under 35 U.S.C. § 284 as a result of Defendants' willful and deliberate infringement of the Patents-in-Suit;

f.      Entry of judgment declaring that this case is exceptional and awarding AGIS Software its costs and reasonable attorney fees under 35 U.S.C. § 285; and

g.      Such other and further relief as the Court deems just and proper.

Dated:  May 27, 2022

Respectfully submitted,

**FABRICANT LLP**

 */s/ Alfred R. Fabricant*
Alfred R. Fabricant
NY Bar No. 2219392
Email: ffabricant@fabricantllp.com
Peter Lambrianakos
NY Bar No. 2894392
Email:  plambrianakos@fabricantllp.com
Vincent J. Rubino, III
NY Bar No. 4557435
Email:  vrubino@fabricantllp.com
**FABRICANT LLP**
411 Theodore Fremd Avenue,
 Suite 206 South
Rye, New York 10580
Telephone: (212) 257-5797
Facsimile: (212) 257-5796

Justin Kurt Truelove
Texas Bar No. 24013653
Email: kurt@truelovelawfirm.com
**TRUELOVE LAW FIRM, PLLC**
100 West Houston Street
Marshall, Texas 75670
Telephone: (903) 938-8321
Facsimile: (903) 215-8510

**ATTORNEYS FOR PLAINTIFF
AGIS SOFTWARE DEVELOPMENT
LLC**