IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| AGIS SOFTWARE DEVELOPMENT LLC, | § | |
| | § | |
| *Plaintiff*, | § | |
| | § | |
| v. | § | |
| | § | CIVIL ACTION NO. 2:22-CV-00185-JRG |
| VERIZON COMMUNICATIONS INC., CELLCO PARTNERSHIP, D/B/A VERIZON WIRELESS, VERIZON ENTERPRISE SOLUTIONS, LLC, VERIZON BUSINESS GLOBAL LLC, VERIZON BUSINESS NETWORK SERVICES, LLC, TERREMARK NORTH AMERICA LLC, | § | |
| | § | |
| *Defendants*. | § | |

**ORDER**

Before the Court is the Motion to Dismiss Pursuant to Rule 41(a)(2) With Prejudice (the "Motion") filed by Plaintiff AGIS Software Development LLC ("AGIS") and Defendants Verizon Communications Inc., Cellco Partnership, d/b/a Verizon Wireless, Verizon Enterprise Solutions, LLC, Verizon Business Global LLC, Verizon Business Network Services, LLC, and Terremark North America LLC (collectively, "Verizon"). (Dkt. No. 49.) In the Motion, the parties move for dismissal with prejudice of all claims asserted against Verizon by AGIS pursuant to a settlement agreement. (*Id*. at 1.)

Having considered the Motion, the Court finds that it should be and hereby is **GRANTED**. Accordingly, all claims asserted against Verizon by AGIS in the above-captioned case are **DISMISSED WITH PREJUDICE**. Each party is to bear its own costs, expenses, and attorneys'

fees. All pending requests for relief in the above-captioned case not explicitly granted herein are **DENIED AS MOOT**.

The Clerk of Court is directed to **CLOSE** the above-captioned case as no parties or claims remain.

**So ORDERED and SIGNED this 13th day of January, 2023.**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE